Filing # 70593966 E-Filed 04/11/2018 10:10:16 PM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

MARGARET SCHULTZ,

      Plaintiff, on Behalf of a Putative Class,

vs.                                              CLASS REPRESENTATION

AMERICAN AIRLINES, INC.
a foreign for-profit corporation,

      Defendant.

_____/

## COMPLAINT

    Plaintiff, Margaret Schultz, individually and on behalf of a putative class of similarly situated individuals, sues Defendant, American Airlines, Inc., for damages stemming from American's purposeful, systematic, and profit-driven breach of contracts with its airline customers, and states:

### I. PARTIES, JURISDICTION, AND VENUE

    1.    Plaintiff is a citizen of Florida who resides in Palm Beach County.

    2.    America Airlines, Inc. ("American") is a corporation organized and existing under the laws of Delaware.

    3.    American's headquarters and principal place of business are in Fort Worth, Texas.

    4.    The putative class (referred to herein collectively as the "putative Class" or the

"Class," and individually as a "Class Member" or the "Class Members") consists of citizens of the various United States, including residents of Florida and Palm Beach County. As to all utterances herein, the Class includes Plaintiff.

5.      A Class aggregate of greater than $15,000, exclusive of costs, fees, and interest, is at issue, as:

   a.  The Class is likely to exceed 250 persons, as:

      i.  Tens of thousands of airline flights are booked on American's website, aa.com, each day;

      ii.  The offending conduct is fueled by profit motive and is systematic and not incidental;

      iii.  Plaintiff herself was victimized by the offending conduct no less than three times in five months;

      iv.  Internet message boards and other consumer forums are rife with complaints of the offending conduct; and

   b.  The known instances of the offending conduct projects that each Class Member incurred approximately $30 in damages.

6.      At all material times, American subjected itself to the jurisdiction of the Courts of Florida via the state's long-arm jurisdiction provision, Fla. Stat. § 48.193, by:

   a.  Maintaining regularly functioning business offices in Florida;

   b.  Operating, conducting, engaging in, and carrying on its business—including the marketing and selling of commercial airline tickets and operation of commercial flights—in Florida, both in various airports and other establishments throughout the state, and by reaching into Florida via the

2

Internet;

c. While reaching into Florida from other states via the Internet as part of its regular business practices, committing the wrongful acts and omissions alleged herein against various Class Members, who at the time of such acts and omissions were, as American knew, in Florida;

d. Causing injury by breaching contracts while the breaching American agents were physically outside of Florida but:

    i. While American was engaged in solicitation and service activities in Florida; and

    ii. While American's services were sold, used, and consumed within Florida in the ordinary course of trade and commerce;

e. Consummating and breaching contracts with Plaintiff and other Class Members at times when American knew that such Class Members were in Florida and would suffer harm from American's actions herein;

f. Through its continuous and systematic business practices, establishing Florida's general jurisdiction over American such that it could at any time reasonably be haled into court herein for acts and omissions occurring in Florida and elsewhere; and

g. Operating so regularly and establishing contacts so pervasive in Florida that the state courts' jurisdiction over American is consistent with due process and traditional notions of fair play and substantial justice.

7.    As Plaintiff accessed her computer in Palm Beach County, American intentionally reached into the county via the Internet and induced Plaintiff to enter into the

3

contract at issue through direct marketing to a consumer it knew, on account of America's sophisticated information technology system, was located in the county.

8.     Knowing Plaintiff was at the time located in Palm Beach County, American entered into (and breached) the contract at issue in the county[1], knowingly causing harm to Plaintiff in Palm Beach County and effecting accrual of Plaintiff's action, as defined by Fla. Stat. § 47.011, in the county.

9.     Palm Beach County is home to more than 1.3 million people, has the fifth-highest per-capita income of all Florida counties, is a center for tourism and seasonal living, and contains an international airport and numerous corporate headquarters. These factors correlate with disproportionately frequent air travel to and from the county, and thus the citizens of Palm Beach County are, relative to the average county in the United States, disproportionately likely to fall victim to the contractual breaches by American that are described herein. As such, Palm Beach County is an ideal forum.

10.    Based on the foregoing, jurisdiction lies, and venue is proper and convenient, in this Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

---

[1] "[A] contract is made at the place where the last act necessary to complete the contract is done." *Jemco, Inc. v. UPS*, 400 So. 2d 499, 500 (Fla. 3d DCA 1981); *See also Prime Ins. Syndicate, Inc. v. B.J. Handley Trucking, Inc.*, 363 F.3d 1089, 1092-93 (11th Cir. 2004) ("The determination of where a contract was executed is fact-intensive, and requires a determination of where the last act necessary to complete the contract was done.") (internal citation omitted).

## II. FACTUAL ALLEGATIONS

11.     Plaintiff incorporates by reference Paragraphs 1 through 10 as though fully set forth herein.

12.     By every meaningful measure—fleet size, flights offered, passengers flown— American is the largest airline in the world.

13.     The majority of American flights are purchased through its website, aa.com.

14.     To maximize profitability, American hires computer engineers to continually manipulate flight prices by, *inter alia,* tracking behavior through Internet "cookies" and other machinations and changing prices on consumers whom American learns will pay a higher price based on their browsing histories.

15.     Among its most nefarious practices is the "bait-and-switch" that forms the basis of this lawsuit and that has substantially harmed thousands of United States airline consumers.

16.     On May 25, 2017, American listed for purchase on its website a flight from Ronald Reagan Washington National Airport ("DCA") to Miami International Airport ("MIA").

17.     In plain and unequivocal language, American offered a completely delineated and specific service—airfare and all accompanying taxes and fees, including baggage and seat fees, from DCA to MIA, on an identified aircraft, with an identified flight number, that was to leave DCA and land at MIA at a definite time on a definite date—for a clear and unmistakable price: $197.

18.     In posting this offer, American announced to all potential customers searching for flights on aa.com from DCA to MIA, including Plaintiff, that they could accept

5

American's offer and purchase this specific service—to be performed at on an allotted date, at an allotted time, from an allotted place, on an allotted aircraft, with an allotted flight number, in an allotted seat—and that they must manifest their acceptance, if at all, in this exclusive manner: Entering passenger biographical and valid payment information, then clicking the "Pay now" button on the aa.com purchase screen.

19.     Because it was actively manipulating prices for this flight and because it purposefully utilizes the web cache system described in more detail herein, American at all material times knew that the payment screen would continue to display the offer and exact terms until the "Pay now" button was clicked by a customer who had entered his or her information and the customer paid $197 to American.

20.     For the same reasons, American also knew that it was offering to Plaintiff a contract it intended to breach.

21.     Plaintiff saw the aforementioned offer, entered all of the biographical information required by American for acceptance of the offer, and entered all of the payment information required by American—which information was valid and of a type explicitly accepted by American—for acceptance of the offer.

22.     After completing all steps necessary to accept American's offer, under the terms of acceptance set out by American itself, **except** for clicking "Pay now," Plaintiff could see on the buying screen that the exact flight, on the exact date, exact flight time, exact flight number, exact departure location, exact arrival location, and exact seat number were indeed being offered for purchase for an exact price: $197.

23.     As Plaintiff centered her computer cursor on the "Pay now" button—the clicking of which was, per American's own indication, the only task remaining to fully accept

6

American's clearly delineated offer, American had created a reasonable expectation in Plaintiff, as an objectively reasonable consumer, that American had a willingness to enter into a contract with Plaintiff pursuant to the terms annunciated above.

24.     Moreover, as it followed entry of information for a valid form of payment, explicitly authorized by American and backed by more than sufficient funds, Plaintiff's click of the "Pay now" button paid American and constituted completion of the only substantial performance obligation Plaintiff had under the established contract.

25.     Instead of performing as agreed, American immediately breached the contract, refusing to perform as promised and putatively revoking its offer (which revocation was wholly ineffective because it came after acceptance[2]).

26.     The May 25, 2017 incident giving rise to this action was the **third** time, since October of 2016, that American had refused to provide promised airfare to Plaintiff after Plaintiff had purchased tickets in a manner substantially identical to the May 25th purchase.

27.     On May 25th, after American refused to honor its contract with Plaintiff regarding the $197 DCA-MIA flight, it raised the price to $297.[3]

28.     Though upset at American's contractual breach, Plaintiff, left with no choice and in a manner substantially identical to her purchase of the $197 ticket, decided to purchase

---

[2] *See* Note 11, *infra.*

[3] American's tactic is a classic bait and switch, albeit refurbished for the Internet age. *See Izadi v. Gus Machado Ford*, 550 So. 2d 1135, 1139 n.8 (Fla. 3d DCA 1989) ("'Bait and switch' describes an offer which is made not in order to sell the advertised product at the advertised price, but rather to draw the customer to the store to sell him another similar product which is more profitable to the advertiser.") (internal citations omitted). The Class would undoubtedly have a sound false-advertising claim, Fla. Stat. § 817.44, and Florida Deceptive and Unfair Trade Practices Act claim, Fla. Stat. § 501.201 *et seq.*, but for preemption of these provisions by the Airline Deregulation Act of 1978, codified at 49 U.S.C. § 40101 *et seq.*

the $297 ticket.

29.     After she did so, American **again** failed to perform, breaching the contract regarding the $297 ticket in substantially the identical manner in which it breached the contract regarding the $197 ticket. When Plaintiff clicked "Pay now" and paid American $297 via the same process and payment method as the $197 ticket, American refused to provide the promised services, returned the $297 payment, and claimed the ticket price was **now $379.**

30.     Not wanting to pay $379 for a ticket she had previously purchased for $197, Plaintiff decided to use points from her account with American's frequent flyer program, AAdvantage, to purchase her ticket.

31.     Plaintiff ultimately used AAdvantage points worth the equivalent of $320 to purchase a ticket on the same DCA-MIA flight, in the same or substantially the same seating class, as the ticket she had previously purchased for $197.

32.     American's breach of its contract with Plaintiff for the $197 ticket[4] is part of a systematic and purposeful effort by American to dishonestly lure customers with contracts it knows it cannot honor, then fatten its coffers after the consumer—having already accepted the contract at a lower price—is forced to pay more for the same service.

33.     American has ascertained, through millions of observations of millions of flight bookings on its website and other forms of data mining, that once consumers decide on an airline, departure airport, arrival airport, flight time, and price level for a specific seat, they will likely pay a higher price for the same seat to avoid the stress associated with changing their flight.

---

[4] Plaintiff is not suing for the second breach, wherein American refused to honor the parties' contract for the $297 ticket **after** it refused to honor the contract for the $197 ticket, or any other of many contracts American made and breached with Plaintiff.

34.    Because of this, at the time of Plaintiff's and each Class Member's purchase, American used a web cache system that it knew does not update inventory in real time.

35.    American knew at all material times that using this system would guarantee it would have to renege on multiple contract offers to customers on a daily basis.

36.    During the five years preceding the filing of this action, the Class Members each viewed and purchased a flight offer on aa.com.

37.    To purchase their airfare from aa.com, each Class Member—after entering a departure and arrival place, and date, in a screen substantially identical to Screen 1: "Destination," attached as Exhibit 1—clicked, in order, through a series of screens substantially identical to:

   a. Screen 2: "Choose Departure Flight," attached as Exhibit 2;

   b. Screen 3: "Choose Return Flight," attached as Exhibit 3;

   c. Screen 4; "Trip Summary," attached as Exhibit 4;

   d. Screen 5: "Passengers," attached as Exhibit 5;

   e. Screen 6: "Choose Your Seat," attached as Exhibit 6; and

   f. Screen 7: "Review and Pay," attached as Exhibit 7.

38.    When each Class Member was on Screen 7, in plain and unequivocal language, American promised a completely delineated and specific service—airfare and all accompanying taxes and fees, including baggage and seat fees, on an identified aircraft, with an identified flight number, that was to leave one specific airport and land at another at a definite time on a definite date—for a clear and unmistakable price.

39.    Because Plaintiff understandably did not screen-shot the payment screen before she clicked "Pay now" and American breached the contract, it is not possible to attach a copy

9

of her pursuant to Fla. R. Civ. P. 1.130(a).

40.     However, Plaintiff warrants that the below screen-shot of the pertinent portions of Screen 7, which screen-shot is also the pertinent portions of Exhibit 7 and is incorporated into Paragraph 43, is substantially identical—except for departure city, destination city, and price—to the contract offer made by American to Plaintiff, on May 25th, that forms the basis of Plaintiff's breach-of-contract claim. Neither departure city, nor destination city, nor price bear on the identical contract-formation issues encountered by Plaintiff and the putative Class.

41.     The below screen-shot of the pertinent portions of Screen 7, which screen-shot is also the pertinent portions of Exhibit 7 and is incorporated into Paragraph 43, is substantially identical—except for departure city, destination city, and price, which vary with each Class Member—to the contract offers made by American to all Class Members, including Plaintiff, that form the bases for the Class' breach-of-contract claim.

42.     The allegations in the preceding two paragraphs allow American to plead with specificity.[5]

43.     As evidenced below, American's offer directly communicated to Plaintiff a promise and commitment to certain and definite terms by which the parties were to be bound:

---

[5] *See* Sachse v. Tampa Music Co., 262 So. 2d 17, 19 (Fla. 2nd DCA 1972).

305.725.8300 | www.MasonKerns.com | AAClassAction@MasonKernsLaw.com



American Airlines    Plan Travel    Travel Information   AAdvantage

# Review and pay

‹ New search

## Depart Miami, FL to Denver, CO
Friday, October 6, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|
| 2424 American Airlines | 7:02 AM MIA | 9:23 AM DEN | 4h 21m | 738 | Economy | Choose seats |

## Return Denver, CO to Miami, FL
Sunday, October 8, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|
| 1912 American Airlines | 2:15 PM DEN | 8:11 PM MIA | 3h 56m | 319 | Economy | Choose seats |

## Cost summary

https://www.aa.com/seats/cancel?bookingPathStateId=1502460803745-4078_button_cancel=continueWithoutSeats                               1/5

8/11/2017                         Review and pay - Check flights and pay for your trip - American Airlines

### Your total

# $388.40

Includes all taxes and carrier-imposed fees

| Passenger x 1 | $334.88 | Bag and optional fees 🗗 |
|---|---|---|
| Taxes | $53.52 | Reservation and tickets FAQs 🗗 |
| Carrier-imposed fees | $0.00 | Price and Tax Information 🗗 |
| Total (all passengers) | $388.40 | |
| | | Conditions of Carriage 🗗 |

11

# How do you want to pay for your trip

## Select a payment option

◉ Credit/Debit card   [DISCOVER] [MasterCard] [VISA] [AMERICAN EXPRESS] [Diners] [JCB] [UATP] [card]

○ Other forms of payment   [PayPal] [Gift Card] [Fly Now Payment Plan] 8 month financing

○ Hold   [icon]

( * Required)

| Card type * | Card number * | Expiration date* | | Security code (CVV) * |
|---|---|---|---|---|
| AMERICAN EXPRESS | 11243572282880 | 12 | 2018 | 2231 |

| First name * | Middle name | Last name * |
|---|---|---|
| Joe | | Traveler |

Country *

United States

Change country

| Billing address 1 * | Billing address 2 |
|---|---|
| 7800 Flyer Street | |

| City * | State * | Postal code * |
|---|---|---|
| Miami | Florida | 33133 |

## Email for receipt

( * Required)

| Primary email * | Confirm primary email * |
|---|---|
| JOE.TRAVELER@GMAIL.COM | JOE.TRAVELER@GMAIL.COM |

[ ] Save changes to My Account

Fare Rules

• You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Refund policy ⓘ
• We may give the government your information to comply with federal security regulations.
• Optional service fees include bags, seats and upgrades. Optional service fees ⓘ
Detailed fare rules ⓘ

I agree to the privacy policy ⓘ, terms and conditions ⓘ, refund policy ⓘ and conditions of carriage ⓘ.  →  ☑

[ Pay now ]

12

44.    Accordingly, when each Class Member checked the box corresponding to "I agree to the privacy policy, terms and conditions and refund policy," then clicked "Pay now," as all Class Members did, they officially accepted American's valid offer under the terms specified by American and agreed to by American and each Class Member.

45.    Through its website, American had announced to the individual Class Members that they could accept American's offer and purchase a specific service—to be performed at on an allotted date, at an allotted time, from an allotted place, on an allotted aircraft, with an allotted flight number, in an allotted seat—and that they must manifest their acceptance, if at all, in this exclusive manner: Entering passenger biographical and payment information, then clicking the "Pay now" button on Screen 7.

46.    Because it was actively manipulating prices for these flights, American knew that the screens being viewed by the Class Members continued to display the offers and exact terms until the "Pay now" button was clicked by each Class Member who had entered his or her valid payment information, i.e., until each Class Member had already completely accepted the contract and had already paid American.

47.    Each Class Member saw the specific offer, entered all of the biographical information required by American for acceptance of the offer, and entered all of the payment information required by American—which information was valid and of a type explicitly accepted by American—for acceptance of the offer.

48.    After completing all steps necessary to accept American's offer, under the terms of acceptance set out by American itself, **except** for clicking "Pay now," the Class Members could see on the buying screen that the exact flight, on the exact date and bearing the exact flight time, exact flight number, exact departure location, exact arrival location, and exact

13

seat number, were indeed being offered for purchase for a specified price.

49.     As the individual Class Members were poised to hit their respective "Pay now" buttons—clicking on which was explicitly the last and only task remaining to fully accept American's clearly delineated offer—American had created a reasonable expectation in an objectively reasonable consumer that American had a willingness to enter into a contract with each Class Member pursuant to the terms that American itself had spelled out.

50.     Moreover, as it followed entry of information for a valid form of payment explicitly authorized by American, each Class Member's click of the "Pay now" button effectively paid American and constituted completion of the only substantial performance obligation the Class Members had under the then-established contract.

51.     As visible in Exhibit 7 and the excerpt incorporated into Paragraph 43, Screen 7 contains multiple hyperlinks that, when clicked from the screen, open a page containing additional information, which information was substantially the same for each Class Member, varying only as to some hyperlinks and when varying doing so only in departure city, destination city, and price, which individual terms control only the damages of each Plaintiff and in no material way alter a reasonable person's expectations as to whether he or she was entering into a contract. In order from top to bottom in Screen 7, attached as Exhibit 7, and submitted here as exemplars substantially identical, subject to the above clarification, to those viewed by the Class Members, these pages are titled:

  a.  "Optional service fees" (Screen 7 hyperlink text: "Bag and optional fees), attached as Exhibit 8;

  b.  "Reservation & tickets FAQs" (Screen 7 hyperlink text: same as linked page title), attached as Exhibit 9;

14

    c.  "Fare, taxes and fees" (Screen 7 hyperlink text: "Price and Tax Information"), attached as Exhibit 10;

    d.  "Conditions of Carriage" (Screen 7 hyperlink text: same as linked page title), attached as Exhibit 11;

    e.  "Customer service plan"[6] (Screen 7 hyperlink text: "Refund policy"), attached as Exhibit 12;

    f.  "Optional service fees" (Screen 7 hyperlink text: same as linked page title) attached as Exhibit 13;

    g.  "Detailed Fare Rules" (Screen 7 hyperlink text: "terms and conditions") attached as Exhibit 14; and

    h.  "Privacy policy" (Screen 7 hyperlink text: same as linked page title), attached as Exhibit 15;[7]

52.    None of these pages contained any language that purported to revoke or in any way dilute the firm contract offer that the Class Members accepted pursuant to American's explicit offers.

53.    As to each Class Member, instead of performing as agreed, American immediately breached the contract.

54.    At all material times and as to its contract with each Class Member, American

---

[6] To access the "Refunds" portion of the linked "Customer service plan" page that is attached as Exhibit 12, one needs to expand the "Refund" tab, which has been done in the exhibit.

[7] The "Refund policy" link appears twice on Screen 7. The page it links to, "Customer service plan," is attached once as Exhibit 12. It is not attached twice. Similarly, the link to "Detailed Fare Rules," appears twice on Screen 7. The second time it appears, the link is named "terms and conditions" rather than "Detailed fare rules." The page linked to by these links is attached as Exhibit 14. It is not attached twice.

305.725.8300 | www.MasonKerns.com | AAClassAction@MasonKernsLaw.com

possessed the expertise to avoid falsely offering ticket prices (the bait), then changing the terms after it knowingly strings along the unsuspecting consumer (the switch), but willfully chose not to change the system, for two reasons: (1) It would cost money to purchase the technology, hardware, and software to change the system; and (2) It would cost American hundreds of thousands of dollars in revenue to change the system because it would no longer receive the occasional $20, and even $40, increases in fares from people who, having had their first contract already breached and not wishing to start the process over on another web site, will relent and pay extra money for substantially identical airfare.

55.     Due solely to American's breach, each Class Member ultimately paid more money—ranging, for most Class Members, between $20 and $40—for a ticket on the same or substantially the same flight, in the same or substantially the same seating class, as their original purchased ticket.

## III. CLAIMS

### COUNT 1: BREACH OF CONTRACT

56.     Plaintiffs and the putative Class incorporate by reference Paragraphs 11 through 55 as though fully set forth herein.

57.     The Airline Deregulation Act of 1978 does not preempt state breach-of-contract actions between consumers and an airline.[8]

58.     American created a reasonable expectation in the Class that American was willing to enter into a contract, by directly expressing to the Class a promise, undertaking, and/or commitment to enter into an agreement under certain and definite terms that

---

[8]*American Airlines v. Wolens,* 513 U.S. 219, 232-33 (1995).

16

constituted all terms essential for travel with a common carrier: Date, time, distance, departure site, arrival site, seat number and location, baggage policies, and price.[9]

59.     The Class Members believed, as would any reasonable person in their position, that they could exercise the power given to them by American's offer to consummate the contract by providing all information required by American, including payment information, and clicking the "Pay now" button.

60.     Each Class Member manifested his or her assent to be bound by the terms of American's contract offer by checking a box indicating agreement to terms proposed by American, entering biographical information in the manner specified by American, and paying American in a manner American had deemed acceptable: Entering credit-card information and clicking the "Pay now" button, thereby transferring money to American.

61.     At the point at which the individual Class Members clicked "Pay now," they had accepted American's offer for a specific service at a specific price, and had performed under the contract by paying American.

62.     The money each Class Member paid American constituted valuable consideration.

63.     Likewise, American's promised provision of air carriage to each Class Member constituted valuable consideration.

64.     The moment each Class Member clicked "Pay now," thereby accepting

---

[9] It is beyond argument that American's offers to the Class were sufficiently specific to be binding. *See Izadi v. Gus Machado Ford*, 550 So. 2d 1135, 1139 (Fla. 3d DCA 1989) (citing Annot., Advertisement Addressed to Public Relating to Sale or Purchase of Goods at the Specified Price As an Offer the Acceptance of Which Will Consummate a Contract, 43 A.L.R.3d 1102 (1972)).

American's offer[10] and performing via payment, American became obligated to uphold its end of the bargain by rendering the services (chiefly, an airline flight) it had promised to provide in exchange for the Class Members' consideration.

65.     After extending an unambiguous offer for a specified service at a specified price and delineating the exact manner by which the Class was to enter into the agreement, and after each Class Member entered into the agreement in that precise manner and performed under the contract by paying American via the Internet, American reneged.

66.     American refused to accept the payment each Class Member had made and refused to provide the services it had promised, and in so doing breached its contract with each Class Member.

67.     American did not attempt to revoke its contract offer, if at all, until **after** each Class Member accepted the offer by clicking the "Pay now" button[11] and simultaneously paid

---

[10] That this action by the Class constituted acceptance is black-letter law that has been applied recently and uniformly by the courts in the e-commerce context. *See, e.g., Ewers v. Genuine Motor Cars, Inc.*, No. 1:07 CV 2799, 2008 U.S. Dist. LEXIS 21466, at *14 (N.D. Ohio Mar. 18, 2008) ("**An enforceable contract existed** for the purchase of the van at the time plaintiffs hit the **'buy it now' button on EBay**.") (emphasis added); *Devries v. Experian Info. Sols., Inc.*, No. 16-cv-02953-WHO, 2017 U.S. Dist. LEXIS 26471, at *14-15 (N.D. Cal. Feb. 24, 2017) ("The text containing the Terms and Conditions hyperlink was located directly above that button and indicated that clicking 'Submit Secure [*15] Purchase' constituted acceptance of those terms.").

[11] "**If an offer is accepted** without conditions, and without varying its terms, **and the acceptance is communicated to the other party without unreasonable delay, a contract arises, from which neither party can withdraw at its pleasure.**" *Am. Appraisal Assocs. v. Am. Appraisals, Inc.*, 531 F. Supp. 2d 1353, 1358 (S.D. Fla. 2008) (emphasis added) (citing RESTATEMENT OF CONTRACTS, § 64 and *Kendel v. Pontious*, 261 So. 2d 167, 169 (Fla. 1972) ("The trial judge and the District Court of Appeal in the case sub judice correctly held that the acceptance must be communicated to the offeror and that the offeror could revoke the offer provided the communication of such revocation is received [**8] **prior to** the acceptance.")); *see also id.* at 170 ("the **pivotal issue is whether the contract was revoked before acceptance**.") (emphasis added). Here, American attempted to revoke its offer and return the Class Members' payments **after** acceptance—i.e., too late.

18

American. Once each Class Member clicked the button, American was in receipt of their payments and unilaterally chose to give them back, thereby breaching the contract **after** each Class Member had already manifested his or her assent to American's definitive offer, and after performance under the contract by each Class Member. To the extent American wished to revoke its offer, it was too late. [12]

68.     No valid justification, at law or in equity, existed for American's breaches of its contract with any Class Member.

69.     As a direct and proximate result of American's breach, each Class Member was forced to find another airline ticket to replace the ticket he or she had bought and which American refused to honor.

70.     Each Class Member, in good faith and without unreasonable delay, found cover in the form of a higher-priced ticket on the same or a substantially similar flight.

71.     Each Class Member is entitled to recover from American the benefit of the bargain of the original contract offer, and/or the difference between the cost of their cover and their original contract price with American, plus incidental and consequential damages.

## COUNT 2: UNJUST ENRICHMENT

72.     Plaintiffs and the putative Class incorporate by reference Paragraphs 11

---

[12] The flagship case on the issue, taught in most every law school in America, is ***Lefkowitz v. Great Minneapolis Store, Inc.***, 86 NW 2d 689 (Minn. 1957). In *Lefkowitz,* a Minneapolis store published an advertisement stating, "Saturday 9 A.M. Sharp 3 Brand New Fur Coats Worth to $100.00. First Come First Served $1 Each." *Id.* at 690. Lefkowitz arrived with $1.00, wishing to buy a fur coat. *Id.* The store refused. *Id.* Lefkowitz sued. *Id.* The court held that the advertisement was sufficiently definitive as to constitute a contract offer, and the Lefkowitz, having successfully managed to comply with the terms of the advertisement, and having offered the state purchase price of the article, was entitled to performance on the part of the defendant. *Id.* at 691. *See also Izadi v. Gus Machado Ford*, 550 So. 2d 1135, 1139 (Fla. 3d DCA 1989) (citing *Lefkowitz* holding).

through 55 as though fully set forth herein.

73.    As it took from each Class Member the benefit of their bargain with American, and/or the difference in money between their original contract price and their cost of cover, American was conferred a benefit by each Class Member that enriched American to the detriment of each Class Member.

74.    American accepted and retained this benefit from Plaintiff and each Class Member, accumulating substantial ill-gotten profit that, on information and belief, it has utilized in its business pursuits and/or to enrich its employees.

75.    Under the circumstances described herein, it would be unjust and inequitable to allow American to retain these benefits, as they were obtained through practices that intentionally and effectively misled the Class even though each Class Member acted as reasonable consumers at all material times.

## IV. CLASS REPRESENTATION ALLEGATIONS

76.    Plaintiff incorporates the foregoing paragraphs by reference as though fully set forth herein.

77.    The Class is defined as follows:

> All United States residents who: (1) accepted an American Airlines, Inc. offer to buy airfare on the airline's website by (a) navigating substantially the same airline website screens and content as Margaret Schultz and (b) clicking "Pay now" after entering valid payment information; then (2) were informed by the airline that it was refusing to honor the offer, after which the airline returned the payment; then (3) booked more costly, alternative airfare.

### PREREQUISITES FOR CLASS REPRESENTATION (FLA. R. CIV. P. 1.220(a))

78.    Certifying and maintaining this cause as a class action is both appropriate and

305.725.8300 | www.MasonKerns.com | AAClassAction@MasonKernsLaw.com

necessary given the nature of the claims and in light of the following factors:

79.     **The members of the class are so numerous that separate joinder of each member is impracticable (Fla. R. Civ. P. 1.220(a)(1): <u>Numerosity</u>).** Plaintiff conservatively alleges in Paragraph 5, *supra,* that there are more than 1,000 Class Members. Maintenance of 1,000 separate and nearly identical claims is untenable, would unnecessarily overwhelm the court system, and is best remedied by use of class litigation, which the Supreme Court of the Florida and the Florida Legislature, by adoption of Fla. R. Civ. P. 1.220, have expressed preference for in like circumstances.

80.     **The claim or defense of the representative party raises questions of law or fact common to the questions of law or fact raised by the claim or defense of each member of the class (Fla. R. Civ. P. 1.220(a)(2): <u>Commonality</u>); and the claim or defense of the representative party is typical of the claim or defense of each member of the class (Fla. R. Civ. P. 1.220(a)(3)): <u>Typicality</u>).** A chronology of events common to Plaintiff and to each Class Member demonstrates that American breached contracts with each Class Member in nearly identical fashion. Each Class Member, including Plaintiff, encountered Screen 7, which for each Class Member, including Plaintiff, was identical but for the (1) flight locations and (2) prices—the former of which is irrelevant to any analysis, and the latter of which affects only damages and not liability.[13] Having been falsely led to believe they were entering into a

---

[13] *See, e.g., Butler v. Sears, Roebuck & Co.*, 727 F.3d 796, 801 (7th Cir. 2013) ("It would drive a stake through the heart of the class action device...to require that every member of the class have **identical** damages. **If the issues of liability are genuinely common issues, and the damages of individual class members can be readily determined in individual hearings, in settlement negotiations, or by creation of subclasses, the fact that damages are not identical across all class members should not preclude class certification.** Otherwise defendants would be able to escape liability for tortious harms of enormous aggregate magnitude but so widely distributed as not to be remediable in individual suits. As we noted in *Carnegie v. Household Int'l, Inc.*, 376 F.3d 656, 661 (7th Cir. 2004), 'the more claimants there

contract with American by the exact same presentation and language by American, each Class Member had their contract with American immediately breached by American in a uniform and summary manner and without justification. Each Class Member, including Plaintiff, then incurred damages—losing the benefit of their bargain and being forced to book substantially identical airfare at a higher price—that can be calculated using the exact same formula. Thus, the only material difference among the Class Members, including Plaintiff, is as to the amount of total damages of each Class Member. An individual determination as to damages among a Class harmed by a defendant's uniform and systematic wrongs is insufficient to defeat class certification, and indeed such a scenario demands class action as the only option conducive to judicial economy.

Among the numerous questions of law and fact common to Plaintiff and to each Class Member are:

   a. Whether American's display on Screen 7—which as indicated above was viewed identically by Plaintiff and every Class Member—constitutes an offer or, rather, is an invitation to bargain;

   b. Whether, under the circumstances encountered on a uniform basis on the payment screen by Plaintiff and all Class Members, a reasonable person in a Class Member's position would believe that American was willing to enter into an agreement under the terms proposed on the screen;

---

are, the more likely a class action is to yield substantial economies in litigation. It would hardly be an improvement to have in lieu of this single class 17 million suits each seeking damages of $15 to $30...The realistic alternative to a class action is not 17 million individual suits, but zero individual suits, as **only a lunatic or a fanatic sues for $30**.'") (emphasis added); *see also In re Checking Account Overdraft Litig.*, 307 F.R.D. 656, 666 n.5 (S.D. Fla. 2015) and *Philip Morris USA, Inc. v. Douglas*, 110 So. 3d 419, 429 (Fla. 2013).

305.725.8300 | www.MasonKerns.com | AAClassAction@MasonKernsLaw.com

c. Whether American's uniform offers as appear on the screen manifest an assent to be bound by the terms therein;

d. Whether the Class Members manifested assent to the terms through the uniform actions they took as they moved through the various aa.com screens;

e. Whether a valid contract was formed at the moment each Class Member clicked "Pay now";

f. Whether entering valid payment information and clicking "Pay now" constituted performance under the contract by each Class Member;

g. Whether the Class' breach-of-contract actions are preempted by the Airline Deregulation Act of 1978, 49 U.S.C. § 40101 *et seq.*;

h. Application of contract-formation principles regarding when advertisements constitute offers—which principles have been deeply embedded in the common law and do not vary in any significant manner among the laws of each state— to the contract-formation issue that is uniform among all Class Members;

i. Whether the putative choice-of-law clause contained on the bottom of American's website—a pure "browse-wrap" agreement—was sufficiently conspicuous as to put the Class on notice that Texas law applies;

j. Whether the choice-of-law clause is unenforceable as violative of the public policy embodied in the Airline Deregulation Act of 1978, 49 U.S.C. § 40101 *et seq.*; and

k. Whether the aforementioned choice-of-law clause is unenforceable as unconscionable.

81. **The representative party can fairly and adequately protect and represent the**

23

interests of each member of the class (Fla. R. Civ. P. 1.220(a)(4): Adequacy). Plaintiff is *sui juris,* intelligent, honest, and fair. She is a responsible, law-abiding citizen who believes that if a person (or entity) promises to do something, she or he (or it) should follow through with that guarantee, including honoring bargained-for agreements. Plaintiff raises this claim to pursue justice on behalf of all consumers who have been wronged by American, which, buoyed by sheer size and in the interest of profit, has taken advantage of customers via deceptive practices. Plaintiff is an ideal class representative.

### TYPE OF CLASS ACTION (FLA. R. CIV. P. 1.220(b))

82.    Satisfaction of **either** subsection (b)(1), (b)(2), or (b)(3) of Fla. R. Civ. P. 1.220 would allow this action to proceed in class form; this action is especially conducive to class action and disposition in that it meets all three criteria:

83.    **The prosecution of separate claims or defenses by or against individual members of the class would create a risk of either inconsistent or varying adjudications concerning individual members of the class which would establish incompatible standards of conduct for the party opposing the class, and adjudications concerning individual members of the class which would, as a practical matter, be dispositive of the interests of other members of the class who are not parties to the adjudications, or substantially impair or impede the ability of other members of the class who are not parties to the adjudications to protect their interests (Fla. R. Civ. P. 1.220(b)(1).** If actions are pursued individually, and one court or jury rules that American's uniform actions toward its customers constituted a breach of contract and another adjudicates that it did not, the result would be untenable. The upshot would be American being told by one court that its actions constitute a breach of contract, and told by another court that its actions are legitimate and as such American can

24

continue to operate in such a manner. Moreover, given the nearly identical nature of the claims, under collateral estoppel and *res judicata,* if thousands of claims are brought individually, the adjudications of individual members would likely be dispositive as to future claimants' rights, and thus these very important rights would essentially be decided in the subsequent plaintiffs' absence. Additionally, in lieu of class representation, early settlements of some cases could lessen the pool of money available to subsequent claimants, leading to an unjust result whereby an identically aggrieved plaintiff recovers nothing merely because he or she filed suit after many other plaintiffs.

84.    **The party opposing the class has acted or refused to act on grounds generally applicable to all the members of the class, thereby making final injunctive relief or declaratory relief concerning the class as a whole appropriate (Fla. R. Civ. P. 1.220(b)(2)).** As shown *supra,* American has harmed every Class Member in substantially identical fashion. Declaratory and/or injunctive relief would signal to all Class Members whether they have a valid claim, furthering the interests of efficiency and finality.

85.    **The questions of law or fact common to class members predominate over any questions affecting only individual members and class action is superior to other available methods for fairly adjudicating the controversy (Fla. R. Civ. P. 1.220(b)(3)).** As Paragraph 80, *supra,* demonstrates, dozens of questions of law or fact, which will control whether the Class is entitled to relief, are common to all Class Members. There is only one issue that varies with each individual Class Member: Dollar amount of damages, which will be determined pursuant to the same rubric as to all Class Members. Because meting out damages will be formulaic and because every other issue is the same for every Class Member, class action without question is the manner in which to resolve this dispute that most furthers

the interest of judicial economy. Among all methods of adjudication, class action will be fairest for all parties and will reduce the burden on the courts, and will reduce attorney's fees and costs for all parties.

## VII. REQUEST FOR RELIEF

WHEREFORE, based on the foregoing, Plaintiff individually, and Plaintiff on behalf of the putative Class, respectfully prays that the Court: Enter an order deeming Plaintiff the representative of the Class and the law firms below counsel for the Class; enter judgment for Plaintiff and the Class; and award money damages, costs, and pre- and post-judgment interest as allowed by law to the Class, and a reasonable attorney's fee to Class counsel.

## VIII. JURY TRIAL DEMAND

Plaintiff and the Class hereby demand a trial by jury as to all issues so triable.

Respectfully Submitted By:

/s/ _Mark_

MASON KERNS (FBN 91754)
mason@masonkernslaw.com
pleadings@masonkernslaw.com
**MASON KERNS LAW, P.A.**
350 South Miami Avenue, Suite 2404
Miami, Florida 33130
P. 305.725.8300 | F. 305.725.8305

ROBERT E. BURKETT, JR. (FBN 545074)
bobburkettlaw@gmail.com
**BURKETT LAW OFFICE**
5237 Summerlin Commons Blvd. Suite 217
Fort Myers, Florida 33907
239.275.2145

*Attorneys for Plaintiff*

# Exhibit 1

8/11/2017                                  American Airlines - Airline tickets and cheap flights at AA.com



# American Airlines

English ▼        Search aa.com 🔍

Plan Travel          Travel Information          AAdvantage

## Earn 75,000 miles after qualifying purchases

Turn miles into memories

Log in          Join AAdvantage          **Book flights**          **My trips / Check-in**          **Flight status**

AAdvantage # or username

Round trip   One way   Save on flights + hotel   ☐ Redeem Miles

Last name

( * Required )

Password

| From * | To * | Number of passengers |
|---|---|---|
| MIA 🔍 | DEN 🔍 | 1 |

Remember me   [ Log in ]

| Depart * | Return * |
|---|---|
| 10/06/2017 📅 | 10/08/2017 📅 |

[ Search ]

Baggage & optional service fees »                                      Advanced search »

Changed bag fees for Colombia and Venezuela »

Need your AAdvantage number or password?

⚠ Travel alerts »

## News and offers

Join Sam's Club and earn up to 5,000 miles
Track your bags from check-in to carousel »
Introducing our new Flagship® Lounge »
More specials »
Cars | Hotels

## Buy miles and get a bonus



Get up to 85,000 bonus
miles when you
purchase by August 31

Buy or gift miles

## Limited-time offer:



Earn 75,000 bonus miles
after qualifying
purchases

Learn more

## Today's specials

8/11/2017                                   American Airlines - Airline tickets and cheap flights at AA.com







## Premium Economy

Experience our newest class of service onboard
select international flights

Book your seat »

## Earn up to 2,000 bonus miles

Turn back-to-school shopping into miles through
AAdvantage eShopping℠

Shop for school and more 🔗

## Caribbean vacation sale

Get $125 in savings when you book a vacation
package to the Caribbean

Book by August 23 🔗

| Help | About American | Extras | |
|---|---|---|---|
| Contact American | About us | Business programs | |
| Receipts and refunds | Careers 🔗 | Gift cards 🔗 | |
| FAQs | Investor relations 🔗 | American Airlines credit card | |
| Agency reference | Newsroom 🔗 | Trip insurance | |
| Cargo 🔗 | Legal, privacy, copyright | CoBrowse | |
| Baggage and optional service fees | Browser compatibility | | |
| Customer service and contingency plans | Web accessibility | | |
| Conditions of carriage and tariffs | | | |

### BuyMiles
Get up to 85,000 bonus miles
through August 31



Up to 35% savings
plus AAdvantage® miles

🔗 Link opens in new window. Site may not meet accessibility guidelines.

# Exhibit 2

8/11/2017                           Choose flights - Flight results – American Airlines

# American Airlines 

Plan Travel        Travel Information        AAdvantage

🗺 English ▼      Search aa.com 🔍

# Choose flights

« New search

## Depart  Miami, FL to Denver, CO
### Friday, October 6, 2017

ⓘ American Airlines flights may be listed first.

Product comparison

| ‹ | Wed. Oct 04 $271 | Thu. Oct 05 $276 | Fri. Oct 06 $276 | Sat. Oct 07 $279 | Sun. Oct 08 $273 | › | | Lowest Fare | Refundable |
|---|---|---|---|---|---|---|---|---|---|

Sort by:  Relevance

|  |  |  |  | Main Cabin | First |
|---|---|---|---|---|---|
| **MIA** 7:02 AM → **DEN** 9:23 AM | 4h 21m | Nonstop | | Round trip $279 | Round trip $729 |
| AA 2424 ▪ 738-Boeing 737 📶 | | | | | |
| Details \| Seats | | | | | |
| **MIA** 10:55 AM → **DEN** 1:21 PM | 4h 26m | Nonstop | | Round trip $279 | Round trip $1,029 2 seats left |
| AA 1912 ▪ 319-Airbus A319 📶 | | | | | |
| Details \| Seats | | | | | |
| **MIA** 8:24 PM → **DEN** 10:43 PM | 4h 19m | Nonstop | | Round trip $279 | Round trip $729 |
| AA 2421 ▪ 32B-Airbus A321 (Sharklets) 📶 | | | | | |
| Details \| Seats | | | | | |
| **MIA** 5:45 AM → **DEN** 9:53 AM | 6h 8m | 1 stop | | Round trip $276 | Round trip $737 |
| AA 175 ▪ 32B-Airbus A321 (Sharklets) 📶 AA 2356 ▪ 32B-Airbus A321 (Sharklets) 📶 | | | | | |
| Details \| Seats | | | | | |
| **MIA** 5:45 AM → **DEN** 11:52 AM | 8h 7m | 1 stop | | Round trip $319 | Round trip $737 |
| AA 175 ▪ 32B-Airbus A321 (Sharklets) 📶 AA 2215 ▪ 32B-Airbus A321 (Sharklets) 📶 | | | | | |
| Details \| Seats | | | | | |

8/11/2017                                    Choose flights - Flight results — American Airlines

| MIA | | DEN | | | | | |
|---|---|---|---|---|---|---|---|
| 6:45 AM | → | 11:40 AM | 6h 55m | 1 stop | Round trip $485 | Round trip $935 3 seats left | |

AA 1287 ■ 738-Boeing 737 🛜
AA 2300 ■ M80-MD-80 🛜

Details   |   Seats

| MIA | | DEN | | | | | |
|---|---|---|---|---|---|---|---|
| 6:45 AM | → | 1:35 PM | 8h 50m | 1 stop | Round trip $485 | Round trip $885 3 seats left | |

AA 1287 ■ 738-Boeing 737 🛜
AA 1272 ■ M80-MD-80 🛜

Details   |   Seats

| MIA | | DEN | | | | | |
|---|---|---|---|---|---|---|---|
| 7:10 AM | → | 11:52 AM | 6h 42m | 1 stop | Round trip $319 | Round trip $737 | |

AA 263 ■ 32B-Airbus A321 (Sharklets) 🛜
AA 2215 ■ 32B-Airbus A321 (Sharklets) 🛜

Details   |   Seats

| MIA | | DEN | | | | | |
|---|---|---|---|---|---|---|---|
| 7:10 AM | → | 1:39 PM | 8h 29m | 1 stop | Round trip $319 | Round trip $737 | |

AA 263 ■ 32B-Airbus A321 (Sharklets) 🛜
AA 2178 ■ 32B-Airbus A321 (Sharklets) 🛜

Details   |   Seats

| MIA | | DEN | | | | | |
|---|---|---|---|---|---|---|---|
| 8:35 AM | → | 1:35 PM | 7h 0m | 1 stop | Round trip $497 | Round trip $1,136 3 seats left | |

AA 334 ■ 738-Boeing 737 🛜
AA 1272 ■ M80-MD-80 🛜

Details   |   Seats

Show more
⌄                                                                    Showing 10 of 33



## Receive up to $100 in statement credit
Plus, earn 30,000 bonus miles after qualifying purchases with this credit card offer.

Apply now 🔗

| Help | About American | Extras |
|---|---|---|
| Contact American | About us | Business programs |
| Receipts and refunds | Careers 🔗 | Gift cards 🔗 |
| FAQs | Investor relations 🔗 | American Airlines credit card |
| Agency reference | Newsroom 🔗 | Trip insurance |
| Cargo 🔗 | Legal, privacy, copyright | CoBrowse |
| Baggage and optional service fees | Browser compatibility | |

8/11/2017                                    Choose flights - Flight results – American Airlines

Customer service and contingency plans        Web accessibility

Conditions of carriage and tariffs

 Link opens in new window. Site may not meet accessibility guidelines.

# Exhibit

# 3

8/11/2017                              Choose flights - Flight results – American Airlines

 American Airlines

🌐 English ▼    | Search aa.com 🔍 |

Plan Travel      Travel Information      AAdvantage      

# Choose flights

« New search

## You chose

**Depart  Miami, FL to Denver, CO**
Friday, October 6, 2017

7:02 AM  →  9:23 AM    4h 21m    Nonstop    Main Cabin                    Details  |  Change
AA 2424 ■ 738-Boeing 737 📶

## Return  Denver, CO to Miami, FL
Sunday, October 8, 2017

ⓘ American Airlines flights may be listed first.

Product comparison

| ‹ | Fri, Oct 06 $ 279 | Sat, Oct 07 $ 279 | Sun, Oct 08 $ 279 | Mon, Oct 09 $ 276 | Tue, Oct 10 $ 276 | › | Lowest Fare | Refundable |

Sort by: | Relevance |

|  | Main Cabin | First |
| --- | --- | --- |
| DEN  →  MIA<br>10:20 AM → 4:17 PM   3h 57m   Nonstop<br>AA 1511 ■ 738-Boeing 737 📶<br>Details  |  Seats | Round trip<br>$ 389 | Round trip<br>$ 504<br>1 seat left |
| DEN  →  MIA<br>2:15 PM → 8:11 PM   3h 56m   Nonstop<br>AA 1912 ■ 319-Airbus A319 📶<br>Details  |  Seats | Round trip<br>$ 389 | Round trip<br>$ 804 |
| DEN  →  MIA<br>11:59 PM → 5:50 AM   3h 51m   Nonstop<br>AA 2342 ■ 32B-Airbus A321 (Sharklets) 📶<br>⚠ Overnight flight or connection<br>Details  |  Seats | Round trip<br>$ 279 | Round trip<br>$ 504 |

DEN                              MIA

8/11/2017                              Choose flights - Flight results – American Airlines

| | | | | | |
|---|---|---|---|---|---|
| 6:20 AM → 2:14 PM | 5h 54m | 1 stop | | Round trip $370 | Round trip $512 |

AA 1169 ■ 738-Boeing 737 🛜
AA 176 ■ 763-Boeing 767

Details | Seats

| | | | | | |
|---|---|---|---|---|---|
| DEN | MIA | | | | |
| 6:20 AM → 4:42 PM | 8h 22m | 1 stop | | Round trip $370 | Round trip $812 |

AA 1169 ■ 738-Boeing 737 🛜
AA 1462 ■ 32B-Airbus A321 (Sharklets) 🛜

Details | Seats

| | | | | | |
|---|---|---|---|---|---|
| DEN | MIA | | | | |
| 6:20 AM → 4:21 PM | 8h 1m | 1 stop | | Round trip $418 | Round trip $812 |

AA 1169 ■ 738-Boeing 737 🛜
AA 206 ■ 32B-Airbus A321 (Sharklets) 🛜

Details | Seats

| | | | | | |
|---|---|---|---|---|---|
| DEN | MIA | | | | |
| 7:00 AM → 4:38 PM | 7h 38m | 1 stop | | Round trip $505 | Round trip $962 |

AA 1699 ■ 321-Airbus A321 🛜
AA 1478 ■ 738-Boeing 737 🛜
⚠ Change terminals

Details | Seats

| | | | | | |
|---|---|---|---|---|---|
| DEN | MIA | | | | |
| 7:00 AM → 4:28 PM | 7h 28m | 1 stop | | Round trip $551 | Round trip $511 |

AA 1719 ■ 321-Airbus A321 🛜
AA 2059 ■ 321-Airbus A321 🛜

Details | Seats

| | | | | | |
|---|---|---|---|---|---|
| DEN | MIA | | | | |
| 7:20 AM → 4:00 PM | 6h 40m | 1 stop | | Round trip $497 | Round trip $1,980 1 seat left |

AA 2312 ■ 738-Boeing 737 🛜
AA 334 ■ 738-Boeing 737 🛜

Details | Seats

| | | | | | |
|---|---|---|---|---|---|
| DEN | MIA | | | | |
| 7:20 AM → 6:07 PM | 8h 47m | 1 stop | | Round trip $497 | Round trip $692 2 seats left |

AA 2312 ■ 738-Boeing 737 🛜
AA 2439 ■ 738-Boeing 737 🛜

Details | Seats

Show more
⌄

Showing 10 of 33

8/11/2017                              Choose flights - Flight results – American Airlines



# Receive up to $100 in statement credit

Plus, earn 30,000 bonus miles after qualifying purchases with this credit card offer.

Apply now 🗗

| Help | About American | Extras |
|------|----------------|--------|
| Contact American | About us | Business programs |
| Receipts and refunds | Careers 🗗 | Gift cards 🗗 |
| FAQs | Investor relations 🗗 | American Airlines credit card |
| Agency reference | Newsroom 🗗 | Trip insurance |
| Cargo 🗗 | Legal, privacy, copyright | CoBrowse |
| Baggage and optional service fees | Browser compatibility | |
| Customer service and contingency plans | Web accessibility | |
| Conditions of carriage and tariffs | | |

🗗 Link opens in new window. Site may not meet accessibility guidelines.



# Exhibit

# 4

8/11/2017                                Choose flights - Flight results – American Airlines

 **American Airlines**

English ▼     Search aa.com 🔍

Plan Travel          Travel Information          AAdvantage

# Choose flights

« New search

## Your trip summary

**Main Cabin**

Round trip (Non-refundable)

## $389 per person

Total $388.40 (all passengers)
Price and tax information 🗗

**Good value with benefits**

- Carry-on & personal item (access to overhead bin)
- Choose your seat (fee may apply)
- Eligible for upgrades on American flights
- Flight changes allowed (fee applies)
- General boarding

Includes taxes and carrier imposed fees.
Baggage and optional service fees 🗗

**Depart  Miami, FL to Denver, CO**
Friday, October 6, 2017

7:02 AM  →  9:23 AM       4h 21m      Nonstop       Main Cabin

AA 2424 ■ 738-Boeing 737 📶

Details  |  Change

**Return  Denver, CO to Miami, FL**
Sunday, October 8, 2017

2:15 PM  →  8:11 PM       3h 56m      Nonstop       Main Cabin

AA 1912 ■ 319-Airbus A319 📶

Details  |  Change

## Upgrade to First

Round trip (Non-refundable)

## $1,029 per person

Total $1,028.40 (all passengers)

[ Upgrade ]

**Best way to travel**

- Our largest, most comfortable seat
- 2 free checked bags*
- Priority security & boarding
- Same-day flight change & standby when available on American flights

*If you're AAdvantage Executive Platinum, or on a plane with 3 cabins, you get 1 extra checked bag.





## Receive up to $100 in statement credit
Plus, earn 30,000 bonus miles after qualifying purchases with this credit card offer.

Apply now 🗗

8/11/2017                                          Choose flights - Flight results – American Airlines

Log in and continue        Continue as guest

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo

Baggage and optional service fees

Customer service and contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers

Investor relations

Newsroom

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards

American Airlines credit card

Trip insurance

CoBrowse

Link opens in new window. Site may not meet accessibility guidelines.



# Exhibit

# 5

8/11/2017                                    Passengers – Passenger details for your trip – American Airlines

 **American Airlines**     Plan Travel     Travel Information   AAdvantage     

Search aa.com 🔍

# Passengers

« New search

# Round trip Miami, FL to Denver, CO
## Friday, October 6, 2017 to Sunday, October 8, 2017

## Your trip total
# $388.40

Price for all passengers
Price and tax information 🗗

Includes taxes and carrier imposed fees
Baggage and optional service fees 🗗

## Receive up to $100 in statement credit
Plus, earn 30,000 bonus miles after qualifying purchases with this credit card offer.

| | |
|---|---|
| Your Trip Price: | $388.40 |
| Card Statement Credit: | - $100.00 |
| Total after statement credit: | **$288.40** |



Apply now 🗗

# Passenger details

Please enter all passenger names as they appear on the passenger's government-issued photo identification. TSA privacy notice

( • Required)

## Passenger 1

First name •        Middle name        Last name •

JOE                                   TRAVELER

Date of birth •        Gender •        Frequent flyer program        Frequent flyer number

Jul   |  1  | 198·     Male                AAdvantage

https://www.aa.com/booking/passengers?bookingPathStateId=1502460603745-407                                      1/3

8/11/2017                                    Passengers – Passenger details for your trip – American Airlines

Redress number          ⓘ     Known Traveler number  ⓘ

⊕ Add special assistance

## Trip contact

Primary email •              Confirm primary email •

kerns@leesfield.com            kerns@leesfield.com

Primary phone type           Primary phone •

Business                +1      305854490C     Ext

## Promo codes and accounts

Promotion code          ⓘ     Business Extraˢᴹ / On
                               Business

# Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

8/11/2017                                      Passengers – Passenger details for your trip – American Airlines


Lithium
batteries


Explosives


Aerosol


Flammables


Oxidizers


Toxins


Radioactive


Corrosives


E - cigarettes

By clicking Continue, I agree to the above Hazardous materials policy
and the liquids, aerosols and gels regulations.

| Continue |

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo ⧉

Baggage and optional service
fees

Customer service and
contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers ⧉

Investor relations ⧉

Newsroom ⧉

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards ⧉

American Airlines credit card

Trip insurance

CoBrowse

⧉ Link opens in new window. Site may not meet accessibility guidelines.

 

# Exhibit

# 6

8/11/2017                    Choose your seat – Seats on your flight – American Airlines

# American Airlines

Plan Travel        Travel Information        AAdvantage

English▾        Search aa.com

# Choose your seat

| MIA to DEN | DEN to MIA |
|---|---|
| Flight 1 of 2 | Flight 2 of 2 |

## Miami, FL to Denver, CO

AA 2424 • Boeing 737-800 Passenger • Travel time: 4h 21m

**Main Cabin Extra** $72 - $79
- More legroom to relax or work
- Board earlier and exit sooner

**Preferred** $36 - $43
- Standard legroom
- Favorable location

**Available**

**Unavailable**

① Joe T.        --        --

Total seats (all passengers)

# $0

Next flight

Skip seats for all flights »



RECOMMENDED SEAT
Seat: 8D
• $75 **Main Cabin Extra**
- Sit up front and be on your way faster
- Easy access to your seat
- Get settled, then relax with preferred boarding
- Moveable armrest

Choose your seat – Seats on your flight – American Airlines



Seats terms and conditions

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo

Baggage and optional service fees

Customer service and contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers

Investor relations

Newsroom

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards

American Airlines credit card

Trip insurance

CoBrowse

Link opens in new window. Site may not meet accessibility guidelines.



# Exhibit

# 7

 American Airlines 

Plan Travel    Travel Information   AAdvantage 

Search aa.com

# Review and pay

« New search

## Depart Miami, FL to Denver, CO
Friday, October 6, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|
| ✈ 2424 American Airlines 🛜 | 7:02 AM MIA | 9:23 AM DEN | 4h 21m | 738 | Economy | Choose seats |

## Return Denver, CO to Miami, FL
Sunday, October 8, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|
| ✈ 1912 American Airlines 🛜 | 2:15 PM DEN | 8:11 PM MIA | 3h 56m | 319 | Economy | Choose seats |

## Cost summary

8/11/2017                                    Review and pay - Check flights and pay for your trip - American Airlines

## Your total

# $388.40

Includes all taxes and carrier-imposed fees

| | | |
|---|---|---|
| Passenger x 1 | $334.88 | Bag and optional fees  |
| Taxes | $53.52 | Reservation and tickets FAQs |
| Carrier-imposed fees | $0.00 | |
| | | Price and Tax Information |
| Total  (all passengers) | $388.40 | |
| | | Conditions of Carriage |

| | |
|---|---|
| Your Trip Price: | $388.40 |
| Card Statement Credit: | - $100.00 |
| Total after statement credit: | $288.40 |

## Receive up to $100 in statement credit

Plus, earn 30,000 bonus miles after qualifying purchases with this credit card offer. Apply now

# How do you want to pay for your trip

## Select a payment option

○ Credit/Debit card          

○ Other forms of payment      6 month financing

○ Hold   

( • Required)

8/11/2017                           Review and pay - Check flights and pay for your trip - American Airlines

| Card type • | Card number • | Expiration date• | Security code (CVV) • |
|---|---|---|---|
| AMERICAN EXPRESS | 11243572282880 | 12 / 2018 | 2231 |

| First name • | Middle name | Last name • |
|---|---|---|
| Joe | | Traveler |

Country •

United States

Change country

| Billing address 1 • | Billing address 2 |
|---|---|
| 7800 Flyer Street | |

| City • | State • | Postal code • |
|---|---|---|
| Miami | Florida | 33133 |

# Trip Insurance

## Denver trip protection

The ticket to peace of mind

( • Required)

Allianz Global
**Assistance**

Add Trip Insurance?  •

◯ Yes, protect my trip for a total of $23.30 (Recommended)

Triple Protection:
- Up to 100% reimbursement for covered trip cancellation and interruption
- Benefits for travel delay and baggage
- 24/7 hotline assistance in the event of a travel or medical emergency

"It's wise to always consider a travel protection plan to cover your trip costs from the unexpected. " – Frommer's, May 2016

◯ No, I choose not to protect my $388.40 purchase and I understand by declining coverage I am responsible for all cancellation fees and delay expenses.

Terms, conditions and exclusions apply. See coverage details ⌷.

Recommended by AGA Service Company, the licensed producer and administrator of this plan. This insurance is offered by a third party, Allianz Global Assistance, not American Airlines. Plans underwritten by Jefferson Insurance Company or BCS Insurance Company.

# Email for receipt

( • Required)

Email •

> JOETRAVELER@GMAIL.COM

Fare Rules

- You have up to 24 hours from the time of ticket purchase to receive a full refund  if you booked at least 2 days before departure. Refund policy ⌷
- We may give the government your information to comply with federal security regulations
- Optional service fees include bags, seats and upgrades. Optional service fees ⌷

Detailed fare rules ⌷

I agree to the privacy policy ⌷, terms and conditions ⌷ and refund policy ⌷.  →  ☑

Pay now

# Help

Contact American

Receipts and refunds

FAQs

# About American

About us

Careers ⌷

Investor relations ⌷

# Extras

Business programs

Gift cards ⌷

American Airlines credit card

8/11/2017                              Review and pay - Check flights and pay for your trip - American Airlines

Agency reference                Newsroom            Trip insurance

Cargo           Legal, privacy, copyright       CoBrowse

Baggage and optional service    Browser compatibility
fees
                                Web accessibility
Customer service and
contingency plans

Conditions of carriage and tariffs

 Link opens in new window. Site may not meet accessibility guidelines.

# Exhibit

# 8

8/11/2017                                Optional service fees – Support – American Airlines

 **American Airlines**

Plan Travel ▾      Travel Information ▾   AAdvantage   

Search aa.com 🔍

🏠   Home   ›   Optional service fees

# Optional service fees

AAdvantage »                     Food and drink »            Region definitions »

AV and sports equipment »        Inflight products and services »   Ticketing and other fees »

Baggage »                        Other airlines »            Wi-Fi and entertainment »

Children and animals »

# Baggage fees

## Carry-on baggage

You're allowed 1 carry-on bag and 1 personal item in all cabins. If you bought a Basic Economy ticket you're only allowed 1 personal item.

Carry-on baggage »

Basic Economy »

## Checked baggage

See which countries are included in each region »

Are my bags free? »

### First bag

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $25* | – | $0 | $0 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $25* | – | $0 | $0 | |

8/11/2017                                                 Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Mexico, Caribbean (excluding Cuba and Haiti), Central America and U.S., Puerto Rico, U.S. Virgin Islands, Canada Or between Mexico, Caribbean and Central America | $25* | – | $0 | $0 | $25 seasonal fee for SAL, SAP and TGU flights June 20 – August 9, 2017 and December 8 – 24, 2017 (trips booked on or after July 26. 2016). |
| From U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) to Cuba | $25 | – | $0 | $0 | One-way into Cuba $25 fee. Round-trips originating in the U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) pay $0 for 1st bag on the return. |
| From Cuba to U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) | $0 | – | $0 | $0 | |
| To or from Haiti | $0 | $0 | $0 | $0 | |
| To or from South America (excluding Brazil) | $0* | $0 | $0 | $0 | $25 1st bag fee applies for CLO flights June 20 – August 9, 2017 and December 8 – 24, 2017 (trips booked on or after July 26. 2016). |
| To or from Brazil | $0 | $0 | $0 | $0 | |

8/11/2017                                    Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) Or connecting via Europe to another destination | $0 | $0 | $0 | $0 | |
| To or from China, Japan, South Korea, Hong Kong, Australia | $0 | $0 | $0 | $0 | |

*Charge applies unless you qualify for other exceptions.

View exceptions and checked baggage limitations »

## Second bag

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $35* | – | $0 | $0 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $35* | – | $0 | $0 | |
| Between Mexico, Caribbean (excluding Cuba) or Central America and U.S., Puerto Rico, U.S. Virgin Islands or Canada | $40* | – | $0 | $0 | $55 2nd bag fee applies for SAP, TGU and PAP flights June 20 – August 9, 2017 and December 8 – 24, 2017 (trips booked on or after July 26. 2016). |

Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| From U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) to Cuba | $40 | – | $0 | $0 | Round-trips originating in the U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) pay $0 for 2nd bag on the return. |
| From Cuba to U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) | $0 | – | $0 | $0 | Round-trips originating in Cuba pay $40 for 2nd bag on the return. |
| Between South America (excluding Brazil) and the U.S., Puerto Rico, U.S. Virgin Islands, Canada and Europe | $0 | $0 | $0 | $0 | |
| To or from South America (excluding Brazil) | $0* | $0 | $0 | $0 | $40 2nd bag fee applies year round for GYE and UIO. $55 2nd bag fee applies year round for BAQ, BOG, MDE and CLO (for trips booked on or after April 12, 2017). $55 2nd bag fee applies year round for CCS and MAR (for trips booked on or after April 12, 2017). |
| To or from Brazil | $0 | $0 | $0 | $0 | |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $100* | $100* | $0 | $0 | |

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| To or from China, Japan, South Korea, Hong Kong, Australia | $0 | $0 | $0 | $0 | |

*Charge applies unless you qualify for other exceptions.

View exceptions and checked baggage limitations »

## Third bag

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $150 | – | $150 | $150* | *3rd checked bag will be $150 for First Class on two-cabin aircraft. No charge for 3rd checked bag in First Class cabin on three-cabin aircraft. |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $150 | – | $150 | $150* | *3rd checked bag will be $150 for First Class on two-cabin aircraft. No charge for 3rd checked bag in First Class cabin on three-cabin aircraft. |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $150 | $150 | $150 | $0* | Year-round limitations apply on baggage and the number of boxes allowed for travel to Bolivia. *3rd checked bag will be $150 for First Class on two-cabin aircraft. |

Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| To or from Brazil | $85 | $85 | $85 | $0* | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil. *3rd checked bag will be $85 for First Class on two-cabin aircraft. |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $200 | $200 | $200 | $0* | *3rd checked bag will be $200 for First Class on two-cabin aircraft. |
| To or from China, Japan, South Korea, Hong Kong, Australia | $200 | $200 | $200 | $0* | *3rd checked bag will be $200 for First Class on two-cabin aircraft. 20,000JPY for travel originating in Japan. |

## Fourth bag +

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $200 | $200 | $200 | $200 | Year-round limitations apply on baggage and the number of boxes allowed for travel to Bolivia |
| To or from Brazil | $85 | $85 | $85 | $85 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $200 | $200 | $200 | $200 | |
| To or from China, Japan, South Korea, Hong Kong, Australia | $200 | $200 | $200 | $200 | 20,000JPY for travel originating in Japan |

If you have additional questions, we can help:

Reservations and ticket changes »

Learn more about checked baggage »

# Overweight baggage

## Over 51 lbs/23 kgs to 70 lbs/32 kgs*

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $100 | – | $0 | $0 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $100 | – | $0 | $0 | |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $100 | $100 | $0 | $0 | |
| To or from Brazil | $0 | $0 | $0 | $0 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $100 | $100 | $0 | $0 | |
| To or from China, Japan, South Korea, Hong Kong, Australia | $100 | $100 | $0 | $0 | 10,000JPY for travel originating in Japan |

## Over 71 lbs/32kgs to 100 lbs/45 kgs*

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $200 | $200 | $200 | $200 | |
| To or from Brazil | $200 | $200 | $200 | $200 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | Not accepted | Not accepted | Not accepted | Not accepted | |
| To or from Australia | Not accepted | Not accepted | Not accepted | Not accepted | |
| To or from China, Japan, South Korea and Hong Kong | $450 | $450 | $450 | $450 | |

*More than one fee may apply per bag, for example the checked bag fee + oversize fee + overweight fee.

Learn more about overweight baggage »

Learn more about baggage limitations »

# Oversize baggage

Larger than 62 in/157 cm*

8/11/2017                                     Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $200 | $200 | $200 | $200 | Year-round limitations apply on baggage and the number of boxes allowed for travel to Bolivia |
| To or from Brazil | $150 | $150 | $150 | $150 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $150 | $150 | $150 | $150 | Baggage more than 126 in/320 cm will not be accepted for the U.K. |
| To or from China, Japan, South Korea, Hong Kong, Australia | $200 | $200 | $200 | $200 | 20,000JPY for travel originating in Japan |

*More than one fee may apply per bag, for example the checked bag fee + oversize fee + overweight fee.

Learn more about baggage limitations »

If you have questions about baggage fees, please contact Reservations.

Reservations and ticket changes »

# AV and sports equipment

## Audiovisual equipment

If you are checking audiovisual equipment, standard baggage fees apply unless you're an eligible member of a media or entertainment company for which special rates apply.

Learn more about traveling with audiovisual equipment »

## Sports equipment

### For all classes of service, standard first, second, additional, overweight or oversize bag fees apply for:

- Archery equipment
- Backpack or knapsack
- Boogie, skim or speed boards
- Bowling balls
- Camping equipment
- Fishing gear
- Golf clubs[1]
- Hockey or lacrosse[2]
- Oars
- Scuba gear (without tanks)
- Shooting equipment[3]
- Skateboard
- Snow skis[4]
- Snowboards[4]
- Tennis rackets
- Tent or sleeping bag
- Water skis[4]

1 Golf equipment for Brazil only - $42.50

2 One hockey stick and one hockey bag count as one piece

3 To, through or from London Heathrow (LHR) - $80 per case

4 One ski bag and one ski boot bag count as one piece
Ski equipment for Brazil only - $28.05

### For all classes of service, $150 charge applies for:

- Antlers
- Bicycles[5]
- Hang Gliders
- Kiteboards[6]
- Kitesurf
- Scuba Gear (with tanks)
- Surfboards[6]
- Wakeboards[6]
- Wave ski[6]
- Windsurf

5 If bicycle and container are less than 62 dimensional inches and under 50 lbs, you'll pay the applicable charge for the first checked bag.

6 If kiteboard/wakeboard/wave skis are less than 62 dimensional inches and 50 lbs, you'll pay the applicable charge for the first checked bag.
For Brazil only: Maximum surfboard length of 108 in., not included in checked bag allowances. First surfboard charge is $42.50; additional

8/11/2017                                                  Optional service fees – Support – American Airlines

surfboards are $85.00.

Lightweight surfboards packaged in a single bag that weighs less than 70 lbs will be accepted/charged as a single surfboard.

Learn more about traveling with specialty and sports equipment »

# Inflight products and services

| Product or service* | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|
| Preferred seats | $4-$139 | | | | Per flight; price varies by flight |
| Main Cabin Extra | $20-$280 | | | | Per flight; price varies by flight |
| Priority | $9-$74 | | | | Each way; price varies by itinerary |
| Extended hold | $10-$16 | | $20-$30 | $20-$30 | Per passenger, per booking on eligible itineraries. Price varies on number of days held (3, 5 or 7 days). Extended hold options not available on all flights. |
| Paid upgrade | | $40-$90 per 500 mile segment | $40-$90 per 500 mile segment | $40-$90 per 500 mile segment | Per passenger on eligible itineraries. Price on some international itineraries may be outside the adjacent price range due to currency fluctuations and taxes |
| Five Star ServiceSM | | | | | $250-$300 at select airports |

*AAdvantage elite members receive complimentary access to some options.

AAdvantage elite benefits »

# Children and animals

| Service | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|

| Unaccompanied minor | $150 + tax | $150 + tax | $150 + tax | $150 + tax | Pricing applies each way |
|---|---|---|---|---|---|
| Service animals providing assistance for traveler | $0 | $0 | $0 | $0 | Certain restrictions apply based on your itinerary; not allowed for transporting an animal for training |
| Carry-on pet Within/between U.S. and Canada, Mexico, Central America, Colombia and Caribbean (if the country allows entry); not allowed to Hawaii | $125 | $125 | $125 | $125 | Per kennel |
| Checked pet Within/between U.S. and Canada, Mexico, Central and South America, Caribbean | $200 | $200 | $200 | $200 | Per kennel |
| Checked pet Between the U.S. and Brazil | $150 | $150 | $150 | $150 | Per kennel |

Learn more about unaccompanied minor fees »

Learn about traveling with service animals »

Can my pet travel? »

# AAdvantage

## AAdvantage 500 mile upgrades

$40 (including taxes) per upgrade

Learn more about 500 mile upgrades »

## AAdvantage mileage award upgrades

Depending on your purchased fare and geographic region, a non-refundable cash co-payment from $75 to $550 for each one-way trip (inclusive of federal excise taxes) for your AAdvantage upgrade awards may be needed. Additional taxes and fees may also apply.

Learn more about mileage upgrades »

## AAdvantage Mileage Multiplier

Approximately $0.03/mile (plus 7.5% federal excise tax)

Learn more about Mileage Multiplier »

## Buy miles

- $0.0295 per mile (plus 7.5% federal excise tax)
- $20 - $40 transaction processing charge

## Gift miles

- $0.0295 per mile (plus 7.5% federal excise tax)
- $20 - $40 transaction processing charge

## Share miles

- $0.0125 mileage transfer cost per mile
- $15 - $40 transaction processing charge

Buy, Gift or Share AAdvantage miles »

## Reactivate miles

- $200 for 1 - 50,000 expired miles
- $400 for 50,001 - 75,000 expired miles
- $600 for more than 75,000 expired miles

Reactivate AAdvantage miles »

## AAdvantage award processing

- $75 for award tickets booked or mileage upgrades requested less than 21 days prior to departure
- AAdvantage Executive Platinum, Platinum Pro, Platinum or Gold members using miles from your account are exempt from the fee

## Changing flight award tickets

- $150 per ticket
- A charge may apply if you make changes to award tickets
- AAdvantage Executive Platinum members using miles from your account are exempt from the fee

## Reinstating award tickets

- $150 per account for the first award ticket. Additional award tickets reinstated to the same account at the same time will be $25 per ticket
- Miles may be reinstated to your account for an unused AAdvantage flight award if your ticket has not expired
- AAdvantage Executive Platinum members using miles from your account are exempt from the fee

Learn more about award travel »

# Food and drink

| Service | Main Cabin* | Business Class | First Class | Notes |
|---|---|---|---|---|
| Food for sale | $2-$10 | $0 | $0 | Food selections vary by month |
| Beer | $7 | $0 | $0 | Complimentary beer varies by flight and is available in the Main Cabin of select international flights |
| Spirits and wine | $8 | $0 | $0 | Complimentary spirits and wine vary by flight and are available in the Main Cabin of select international flights |
| Sparkling wine | $9 | $0 | $0 | Offered on transcontinental and Hawaii flights and $0 on select international flights |
| Premium wine | $15.99 | $0 | $0 | Offered on transcontinental, Hawaii and select international flights |

*ConciergeKeySM and Executive Platinum members traveling in the Main Cabin get a complimentary drink and snack.

# Wi-Fi and entertainment

| Service | Main Cabin | Business Class | First Class | Notes |
|---|---|---|---|---|
| Domestic inflight Wi-Fi | $2.50 - $50 | $2.50 - $50 | $2.50 - $50 | Monthly and annual subscriptions also available at a flat rate |

8/11/2017                                          Optional service fees – Support – American Airlines

| Service | Main Cabin | Business Class | First Class | Notes |
|---|---|---|---|---|
| International inflight Wi-Fi | $12 - $19 | $12 - $19 | $12- $19 | |
| In-seat entertainment | $0 | $0 | $0 | |
| Wireless entertainment | $0 | $0 | $0 | |
| Earbuds | $5* | $0 | $0 | *Complimentary in the Main Cabin on international flights |

Learn about inflight Wi-Fi and connectivity »

Learn about inflight entertainment »

# Ticketing and other fees

| Service* | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|
| Same-day flight change | $75-$150 unless you qualify for other exceptions | | $0 | $0 | $75 for domestic, Canada and Caribbean; $150 for transatlantic travel between JFK-LHR |
| Customers requiring extra space | 2 tickets at the same rate if arranged when you buy the original ticket | 2 tickets at the same rate if arranged when you buy the original ticket | 2 tickets at the same rate if arranged when you buy the original ticket | 2 tickets at the same rate if arranged when you buy the original ticket | Higher rate may apply for additional space if advanced arrangements are not made |

8/11/2017                                    Optional service fees – Support – American Airlines

| Service* | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|
| Tickets issued by Reservations | $25 - domestic travel $35 - international travel | $25 - domestic travel $35 - international travel | $25 - domestic travel $35 - international travel | $25 - domestic travel $35 - international travel | Fees vary by country |
| Award tickets issued by Reservations | $30 - domestic travel $40 - international travel | | $30 - domestic travel $40 - international travel | $30 - domestic travel $40 - international travel | Fees vary by country |
| Assistance by Reservations | $50 | $50 | $50 | $50 | Applies for voluntary trip changes not initially created by American Airlines Reservations or on aa.com |
| Tickets issued by American Airlines travel centers | $35 | $35 | $35 | $35 | Due to government requirements, a higher charge may apply in Colombia and Chile |
| Voluntary change to ticket before day of travel | $200 - domestic travel Up to $750 - international travel | Up to $750 - international travel | $200 - domestic travel Up to $750 - international travel | $200 - domestic travel Up to $750 - international travel | Charge varies depending on type of ticket purchased |
| Gate service fee | $25 / bag checked at the gate on Basic Economy fare | | | | |

*AAdvantage elite status members are exempt from some fees.

AAdvantage elite benefits »

Customers eligible for complimentary standby »

8/11/2017                         Optional service fees – Support – American Airlines

Same-day flight changes »

Customers requiring extra space »

Reservations & tickets FAQs »

# Region definitions

See which countries are included in each region »

# Other airlines

Optional service fees may be different and products may vary on fights operated by our airline partners. For details, please visit the operating carrier's website.

## **one**world airline partners

| | | | |
|---|---|---|---|
| Airberlin 🗗 | Iberia 🗗 | Qantas 🗗 | SriLankan Airlines 🗗 |
| British Airways 🗗 | Japan Airlines 🗗 | Qatar Airways 🗗 | LATAM Airlines 🗗 |
| Cathay Pacific 🗗 | Malaysia Airlines 🗗 | Royal Jordanian 🗗 | |
| Finnair 🗗 | | S7 Airlines 🗗 | |

## Other airline partners

| | | | |
|---|---|---|---|
| Aer Lingus 🗗 | EL AL 🗗 | JAL Express 🗗 | Philippine Airlines 🗗 |
| AeroMexico 🗗 | Emirates Airlines 🗗 | Japan Transocean Air 🗗 | Singapore Airlines 🗗 |
| Air France 🗗 | Etihad Airways 🗗 | Jet Airways 🗗 | SWISS 🗗 |
| Air Tahiti Nui 🗗 | EVA Air 🗗 | Jetstar 🗗 | Vueling Airlines 🗗 |
| Alaska Airlines 🗗 | Fiji Airways 🗗 | KLM Royal Dutch Airlines 🗗 | WestJet 🗗 |
| Cape Air 🗗 | Great Lakes Airlines 🗗 | | |
| Copa Airlines 🗗 | Gulf Air 🗗 | Lufthansa 🗗 | |
| Czech Airlines 🗗 | Hainan Airlines 🗗 | Meridiana 🗗 | |
| Dragonair 🗗 | Hawaiian Airlines 🗗 | NIKI 🗗 | |
| EgyptAir 🗗 | Icelandair 🗗 | OpenSkies 🗗 | |

8/11/2017                                    Optional service fees – Support – American Airlines

Pakistan International
Airlines 

⊕ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo

Baggage and optional service
fees

Customer service and
contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers

Investor relations

Newsroom

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards

American Airlines credit card

Trip insurance

CoBrowse

Limited-time offer. Earn 75,000 bonus miles
after qualifying purchases

**BuyMiles**
Get up to 85,000 bonus miles
through August 31

AVIS Budget
Up to 35% savings
plus AAdvantage® miles

Link opens in new window. Site may not meet accessibility guidelines.

  

# Exhibit

# 9

8/11/2017                           Reservations & tickets FAQ – FAQs – American Airlines

 **American Airlines**  Plan Travel   Travel Information  AAdvantage 

⌂  Home   >   FAQs   >   Reservations & tickets FAQs

# Reservations & tickets FAQs

## Make / modify

⊙  How do I make changes to my reservation?

⊙  How close to departure can I book a flight on aa.com?

⊙  How far in advance can I book a flight?

⊙  How many passengers can I book in one reservation?

⊙  Will I be charged to change a reservation made by a travel agency or another website?

⊙  Why are revenue tickets on other airlines on a request basis only?

## Same-day flight change and standby

Learn about same-day flight changes and standby »

⊙  What is same-day flight change?

⊙  What happens if a same-day flight change isn't available?

⊙  What is same-day standby?

⊙  What is American's standby policy?

⊙ How do I buy same-day flight change or same-day standby?

## Ticket number

⊙ Where can I find my ticket number?

## Free holds

Learn about holding your reservation »

⊙ How long can I hold a reservation?

⊙ How do I hold a reservation?

⊙ How do I retrieve and pay for a reservation that's on hold?

⊙ Can I hold multiple reservations?

⊙ Can I put a reservation on hold with an aa.com promotion code?

⊙ What is express ticket service?

## Extended hold (more than 24 hours)

⊙ How does extended hold work?

⊙ Is an extended hold option offered on all flights?

⊙ Can I make changes to my itinerary during the extended hold period?

⊙ Can I use different cards for my ticket and the extended hold fee?

# Payment

See all payment options available »

Products and programs FAQs »

⊙ Which forms of payment can I use?

⊙ What country should I select when I book a reservation on aa.com?

⊙ Which countries might recalculate fares in local currency?

# eVoucher

Check your eVoucher balance 🗗

American Airlines eVouchers terms and conditions 🗗

⊙ How do I use my eVoucher?

⊙ What can I use my eVoucher for?

⊙ Does my eVoucher expire?

⊙ Can I get a refund on travel purchased with an eVoucher?

# Fly Now Payment Plan

⊙ How do I use the Fly Now Payment Plan to buy a ticket?

# PayPal

Learn more about paying with PayPal »

⊙ When can I use PayPal as a payment option?

⊙ Can I use PayPal with other forms of payment?

⊙ How can I get a refund on a ticket bought with PayPal?

# Flight discount

Check your American Airlines flight discount balance ⊡

AAdvantage® flight discount terms & conditions »

Business Extra® flight discount terms & conditions ⊡

⊙ How do I use my American Airlines flight discount?

# Fares

⊙ Do you offer emergency or bereavement discounts?

⊙ Do you offer government or military fares?

⊙ What is an unrestricted fare?

⊙ How do I guarantee my fare on aa.com?

# Trip insurance

Learn about trip insurance »

⊙ When is the latest I can buy trip insurance?

⊙ Will I get a confirmation email?

⊙ What if I didn't receive a confirmation email?

⊙ Why isn't my trip insurance purchase displayed in my itinerary?

⊙ Can I change or cancel my insurance policy?

⊙ Can I cancel my trip for any reason and receive a full refund?

⊙ Is my trip insurance cancelled automatically if I cancel my travel?

⊙ Doesn't my credit card or other insurance provide coverage for me while traveling?

# Seats

Learn about different seat options in the Main Cabin »

⊙ Where can I see seat maps for flights?

⊙ How do I change my seats?

⊙ Why couldn't I choose seats when I booked my flights?

⊙ My flights are confirmed, why can't I reserve my seats?

⌄ What happens to my seat if there is a schedule or equipment change?

⌄ What are Preferred seats?

⌄ What is the refund policy for Preferred seats?

# Need more help? Contact us.

Contact Reservations »

# You may also like...

See all FAQs »

Customer service FAQs »

Travel information FAQs »

⌃ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo 🗗

Baggage and optional service fees

Customer service and contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers 🗗

Investor relations 🗗

Newsroom 🗗

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards 🗗

American Airlines credit card

Trip insurance

CoBrowse



Limited-time offer. Earn 75,000 bonus miles
after qualifying purchases

Buy Miles
Get up to 85,000 bonus miles
through August 31

AVIS ☰Budget'
Up to 35% savings
plus AAdvantage® miles

Reservations & tickets FAQ − FAQs − American Airlines

Link opens in new window. Site may not meet accessibility guidelines. 

# Exhibit

# 10

# Fare, taxes and fees

| | |
|---|---|
| **Adult base fare (per passenger)** | $334.88 USD |
| PASSENGER FACILITY CHARGE (UNITED STATES) | $9.00 USD |
| SEGMENT TAX (UNITED STATES) | $8.  SD |
| TRANSPORTATION TAX (UNITED STATES) | $2!  SD |
| US SECURITY FEE (UNITED STATES) | $11.  SD |
| **Total** | **$388.40 USD** |

# Exhibit

# 11

 **American Airlines**      Plan Travel   Travel Information  AAdvantage 

🏠  Home   >   Legal, privacy & copyright   >   Conditions of Carriage

# Conditions of Carriage

Your ticket and the following Conditions of Carriage constitute the contract between you, the passenger, and American Airlines, Inc. ("American") and apply to all transportation provided by American (including transportation on codeshare partners*) between points in the United States (including Puerto Rico and the U.S. Virgin Islands).

Foreign air transportation is governed by applicable tariffs on file with the Department of Transportation.

International General Rules Tariff 🗗

On some international itineraries, taxes and fees are added to the price of the ticket. Every price offered by American is the full price, which consists of the base fare, applicable carrier-imposed fees (such as surcharges), and government-imposed taxes and fees.

American will act as an agent to issue tickets, check baggage and book reservations for transportation via other carriers which have interline agreements with American. Other carriers may have different terms and conditions applicable to their flights. These may be obtained directly from the other carriers.*

Please read your contract carefully.

American Airlines
P.O. Box 619616, MD 5435
DFW Airport, TX 75261-9616

*American offers codeshare service on domestic flights operated by the following carriers: Air Wisconsin Airlines Corporation, Compass Airlines LLC, Envoy Air Inc., ExpressJet Airlines Inc., Mesa Airlines Inc., Piedmont Airlines Inc., PSA Airlines Inc., Republic Airlines Inc., SkyWest Airlines Inc., Trans States Airlines, Inc., (all doing business as American Eagle); Hawaiian Airlines, Inc.; Alaska Airlines, Inc.; Hyannis Air Service, Inc. (doing business as Cape Air); Horizon Air Industries, Inc. (doing business as Alaska Airlines).

# American Airlines Conditions of Carriage

Definitions »

Fare changes »

Responsibility for schedules and operations »

Force majeure »

Oversales »

Baggage: General acceptance, checking your baggage »

Fare changes and Erroneous fares »

Acceptance of passengers »

TSA Secure Flight Program »

Acceptance of children, accompanied, unaccompanied »

Refunds: General refunds, involuntary refunds »

Ticket validity »

Optional products and services »

Aircraft information »

Customer Relations »

Delays, cancellations and diversions »

Essential needs during extraordinary delays »

Authority to change contract »

Baggage: Hazardous items, firearms, live animals »

Baggage: Liability, legal action, missing items, loss/delay, damaged, claims »

Check-in and arrival times »

Customers with disabilities »

Ticket validity: Compliance with terms and conditions of sale »

Lowest fare availability / 24 hour refund »

Frequent flyer award disclosure »

Choice of law »

Service with domestic codeshare partners »

Find travel information for our oneworld® partner airlines »

# Definitions

- American Ticket Office – a ticket sales location of American Airlines, Inc/American Eagle or the office of one of Its appointed travel agents.
- Baggage – Articles, effects and other personal property as are necessary or appropriate for wear, use, comfort or convenience in connection with air travel, whether checked in the cargo compartment or carried in the passenger compartment.
- Prepaid ticket Advice – the notification between offices of a carrier or between carriers that a person in one location has purchased and requested issuance of prepaid transportation to another person in another location.
- Stopover - a deliberate interruption of travel for more than 4 hours constitutes a domestic stopover unless specified otherwise.
- Ticket – passenger ticket and baggage check which incorporates these Conditions of Carriage
- U.S. – the 50 federated states and the District of Columbia, Puerto Rico and the U.S. Virgin Islands

# Fare changes

If, after a ticket has been issued and before any portion has been used, a decrease in the applicable fares or charges becomes effective, or a new fare between the points shown on the ticket is added, the full amount of the difference in fares less any change fees applicable to the original fare rule and date of purchase, will be refunded to the purchaser, upon request, provided there is no change in origin/destination/stopover points/flights/dates shown on the original ticket and, subsequent to the decrease in fares/charges or the addition of a new fare, all conditions of the lower fares/charges are met, including booking code and any advance reservations/ticketing requirements.* When reduced fares are for sale for a limited period of time, American reserves the right to decline to issue refunds. For non-refundable fares, the passenger will receive the difference in the fares in the form of a non-refundable American travel voucher valid only for purchase of air transportation on American, and must be used within one (1) year of issuance.

If American increases the price for the transportation, an additional collection may be made for any segments where you change your flight to a different time, date or routing from that shown on your ticket, and any segment shown as "open"

on your ticket.

*Note: The purchase of a Prepaid Ticket will constitute purchase of a ticket.

# Fare changes and Erroneous fares

AA reserves the right to cancel tickets issued with an erroneously quoted fare due to a technical failure or mistake, including but not limited to a fare filing error, computer error or third party error (either human or mechanical), prior to the erroneous fare being detected and corrected. AA, as a policy, does not intend to file fares that are erroneous or are reasonably apparent as erroneous. Where an erroneous fare has been published and a ticket issued at the erroneous fare, AA will void such ticket and notify the passenger that the ticket has been cancelled (i) within 72 hours of becoming aware of the publishing of an erroneous fare, or (ii) at least 24 hours prior to the passenger's scheduled departure time in cases where the ticket is purchased less than 72 hours before the scheduled departure from the point of origin. AA will provide a refund of the total cost of a ticket purchased at the erroneous fare price to passengers so notified.

# Responsibility for schedules and operations

American will endeavor to carry you and your baggage with reasonable dispatch, but times shown in timetables or elsewhere are not guaranteed and form no part of this contract. American may, without notice, substitute alternate carriers or aircraft and, if necessary, may alter or omit stopping places shown on the ticket. Schedules are subject to change without notice. American is not responsible for or liable for failure to make connections, or to operate any flight according to schedule, or for a change to the schedule of any flight. Under no circumstances shall American be liable for any special, incidental or consequential damages arising from the foregoing. Liability limits for delay on international itineraries is governed by the Montreal Convention.

# Force majeure events

American may, in the event of a force majeure event, without notice, cancel, terminate, divert, postpone or delay any flight or the right of carriage or reservation of traffic accommodations without liability except to issue an involuntary refund. The involuntary refund will be made in the original form of payment in accordance with involuntary refund rules for any unused portion of the ticket. American will also reserve the right to determine if any departure or landing should be made without any liability except the afore mentioned involuntary refund.

Force majeure event means:

- Any condition beyond American's control including, but without limitation, meteorological conditions, acts of God, riots, civil commotion, embargoes, wars, hostilities, disturbances or unsettled international conditions - actual threatened or reported. Also, because of any delay, demand, circumstances or requirement due, directly or indirectly to such conditions; or

- Any strike, work stoppage, slowdown, lockout or any other labor related dispute involving or affecting American's service; or

- Any government regulation, demand or requirement; or

- Any shortage of labor, fuel or facilities of American or others; or

- Any fact not reasonably foreseen, anticipated or predicted by American

# Oversales

If a flight is oversold (more passengers hold confirmed reservations than there are seats available), no one may be denied boarding against his or her will until airline personnel first ask for volunteers who will give up their reservation willingly, in exchange for compensation of the airline's choosing. If there are not enough volunteers, other passengers may be denied boarding involuntarily in accordance with the following boarding priority of American. In such events, American will usually deny boarding based upon check-in time, but we may also consider factors such as severe hardships, fare paid, and status within the AAdvantage® program. American will not involuntarily remove a revenue passenger who has already boarded in order to give a seat to another passenger.

If you are denied boarding involuntarily, you are entitled to a payment of "denied boarding compensation" from the airline unless:

1. You have not fully complied with the airline's ticketing, check-in and reconfirmation requirements, or you are not acceptable for transportation under the airline's usual rules and practices; or

2. You are denied boarding because the flight is canceled; or

3. You are denied boarding because a smaller capacity aircraft was substituted for safety or operational reasons; or

4. On a flight operated with an aircraft having 60 or fewer seats, you are denied boarding due to safety-related weight/balance restrictions that limit payload; or

5. You are offered accommodations in a section of the aircraft other than specified in your ticket, at no extra charge (a passenger seated in a section for which a lower fare is charged must be given an appropriate refund); or

6. The airline is able to place you on another flight or flights that are planned to reach your next stopover or final destination within one hour of the planned arrival time of your original flight

## Domestic transportation

Passengers traveling between points within the United States (including the territories and possessions) who are denied boarding involuntarily from an oversold flight are entitled to:

1. No compensation if the carrier offers alternate transportation that is planned to arrive at the passenger's destination or first stopover not later than one hour after the planned arrival time of the passenger's original flight;

2. 200% of the fare to the passenger's destination or first stopover, with a maximum of $675, if the carrier offers alternate transportation that is planned to arrive at the passenger's destination or first stopover more than one hour but less than two hours after the planned arrival time of the passenger's original flight; and

3. 400% of the fare to the passenger's destination or first stopover, with a maximum of $1,350, if the carrier does not offer alternate transportation that is planned to arrive at the airport of the passenger's destination or first stopover less than two hours after the planned arrival time of the passenger's original flight

- 0 to 1 hour arrival delay - no compensation
- 1 to 2 hour arrival delay - 200% of one-way fare (but no more than $675)
- Over 2 hours arrival delay - 400% of one-way fare (but no more than $1,350)

# International transportation

Passengers traveling from the United States to a foreign point who are denied boarding involuntarily from an oversold flight originating at a U.S. airport are entitled to:

1. No compensation if the carrier offers alternate transportation that is planned to arrive at the passenger's destination or first stopover not later than one hour after the planned arrival time of the passenger's original flight;

2. 200% of the fare to the passenger's destination or first stopover, with a maximum of $675, if the carrier offers alternate transportation that is planned to arrive at the passenger's destination or first stopover more than one hour but less than four hours after the planned arrival time of the passenger's original flight; and

3. 400% of the fare to the passenger's destination or first stopover, with a maximum of $1,350, if the carrier does not offer alternate transportation that is planned to arrive at the airport of the passenger's destination or first stopover less than four hours after the planned arrival time of the passenger's original flight

- 0 to 1 hour arrival delay - no compensation
- 1 to 4 hour arrival delay - 200% of one-way fare (but no more than $675)
- Over 4 hours arrival delay - 400% of one-way fare (but no more than $1,350)

# Check-in and arrival times

Know when to arrive and what to expect at the airport and on flights operated by American Airlines or American Eagle.

You can also check the latest travel alerts and get flight status information for gates and times:

Travel alerts »

Get flight status information »

## Check-in times

All airports have a minimum time by which you must be checked in for your flight, regardless of whether you're checking bags. Times will differ based on your itinerary.

### Travel entirely within the United States

For itineraries that include only airports within the United States, you must be checked in 45 minutes before scheduled departure time.

Some airports require a longer minimum check-in time:

- From San Juan, Puerto Rico (SJU) - 60 minutes before scheduled departure.
- From St. Thomas, U.S. Virgin Islands (STT) - 90 minutes before scheduled departure.

## International Travel

For itineraries that include airports outside of the United States, you must be checked in at your originating airport 60 minutes before scheduled departure time.

Please note the 60 minute check-in time applies at U.S. airports when the itinerary includes any airport outside of the U.S.

Some airports require a longer minimum check-in time:

- From Caracas, Venezuela (CCS) - 90 minutes before scheduled departure.
- From Dublin, Ireland (DUB) - 75 minutes before scheduled departure.
- From Buenos Aires, Argentina (EZE) - 75 minutes before scheduled departure.
- From Maracaibo, Venezuela (MAR) - 90 minutes before scheduled departure.
- From Beijing, China (PEK) - 75 minutes before scheduled departure.
- From Milan, Italy (MXP) - 90 minutes before scheduled departure.

## Travel on American Airlines Shuttle

For flights between Boston (BOS), New York LaGuardia (LGA), and Washington D.C. Reagan (DCA):

- Checking a bag? You must be checked in 30 minutes before scheduled departure time.
- Not checking a bag? You must be checked in 20 minutes before scheduled departure time.

# Arrival at Gate

You must be at the gate and ready to board the aircraft:

- 15 minutes prior to scheduled departure for flights departing from points -within- the U.S., Puerto Rico, and Virgin Islands
- 30 minutes prior to scheduled departure for flights departing from points -outside- the U.S., Puerto Rico, and Virgin Islands, i.e., Canada, Mexico, Europe, Asia, Central/South America, Caribbean, Bahamas, Bermuda

# Baggage

## General acceptance of baggage

Only baggage as defined in the definition section will be accepted for transportation. All baggage is subject to inspection. Checked baggage will be accepted for transportation only on flights on which you are traveling. American will not accept baggage whose size, weight, or character makes it unsuitable for transportation on the aircraft as determined by American.

No article will be accepted as baggage if it weighs more than 100 pounds or has a total outside dimension (length plus width plus height) of more than 126 inches. Additional restrictions apply to some American flights operated on smaller aircraft. For further information, contact American Airlines.

# Checking your bag

Your name must appear on all baggage. Baggage will not be checked:

- To a city not on your routing
- Beyond your next stopover city
- Beyond your final destination city
- Beyond a connecting city if the connecting flight departs from an airport different from the arrival airport

Checked baggage may be claimed only by the holder of the baggage claim check. Baggage will not be released unless all sums due American are paid. Baggage claim checks must be returned to American on request. American is not responsible to determine that the holder of the claim check is entitled to the baggage. If baggage claim checks are lost, proof of ownership may be required prior to release of the baggage.

In the event your checked bags do not arrive on your flight, reasonable efforts will be made to ensure that the bag is returned to you within 24 hours for flights within the U.S., Puerto Rico and the U.S. Virgin Islands. Our goal to return bags within 24 hours applies only when we are the carrier taking you to your final destination.

Some circumstances that may inhibit our ability to return your bags within 24 hours:

- No local name, address, phone numbers are provided
- You are located at a remote location or an unreachable address, such as a cruise ship or a camping site
- You changed your delivery address, but did not notify us
- We have limited flight schedules to your destination
- Operational circumstances that prevent American Airlines or American Eagle from being able to locate or deliver your bags within this time frame

Flights from these airports may only accept baggage up to four hours prior to confirmed departure:

- Denver (DEN)
- Fort Lauderdale (FLL)
- Las Vegas (LAS)
- Orlando (MCO)
- Salt Lake City (SLC)
- Seattle (SEA)

## Arriving into the U.S.

When arriving into the U.S. from an international location, claim your checked bags at the first stop within the U.S. and proceed through Immigrations/Customs.

## International connections to another airline

If you're flying internationally and connecting to another airline, check the applicable country's Customs procedures to determine whether checked baggage needs to be re-checked with the other airline upon arrival into that country.

# Carry-on baggage

The suitability of carry-on baggage will be determined by American. Each customer will be limited to 1 carry-on bag and 1 personal item. Basic Economy customers are only allowed 1 personal item that fits under the seat. All carry-on bags must be checked.

A personal item includes a purse, briefcase, laptop, or small book bag style backpack. A personal item must fit under the seat in front of you (18 x 14 x 8 inches). Fragile or valuable items, such as keys, medication or computers should be carried in your personal item.

Learn more about carry-on baggage »

At times, additional limits may be placed on carry-on baggage based on the main cabin stowage capacity of specific aircraft, which can result in carry-on bags being checked in the boarding area. In the event it is necessary to check carry-on bags, ensure that fragile or valuable items, such as keys, medication or computers are carried in your personal item. If government regulations are more restrictive, such restrictions shall apply.

A carry-on bag must fit in the bag sizer and not exceed overall dimensions of 45 inches (length + width + height). The maximum combined linear measurement of the carry-on bag cannot exceed any of the following measurements: 22" long x 14" wide x 9" tall or 114cm (56 x 35 x 23 cm). All carry-on items must fit under the seat or in an overhead bin.

Note: Customers can bring a soft-sided garment bag of up to 51 in / 130 cm (length + width + height) in lieu of a carry-on item.

On American Eagle flights each customer is limited to a personal item in the cabin, but their carry-on item (not exceeding 45 dimensional inches) will be valet checked at the gate or planeside.

Carry-on items which appear too large or irregularly shaped to fit under a seat, in an overhead compartment, or in a closet or luggage rack will not be accepted for passenger cabin stowage.

Any mobility aid or assistive device that is approved for in-cabin transport on American, and is carried by a qualified disabled passenger, is accepted free of charge and is in addition to normal baggage allowances, provided such aid or device fits in an approved stowage space.

All baggage must be completely stowed before the airplane may depart the gate.

# Checked baggage

Checked baggage charges apply to the first and second checked bag, some exceptions may apply. Excess bag charges apply for more than two checked bags. Oversize and overweight charges apply to baggage over the free size and weight allowance. Specialty items may have additional charges or exceptions to baggage charges.

Checked bag policies »

Checked bag limitations »

Specialty and sport items »

# Hazardous items

Hazardous materials will not be accepted as baggage except for limited amounts of dry ice subject to American's rules.

See list of restricted items »

Conditions of Carriage – Support – American Airlines

## Firearms

Firearms and ammunition will be accepted only as checked baggage, subject to American's rules.

Learn about transporting firearms and ammunition »

## Live animals

Pets (cats and dogs only) will be accepted as baggage when confined in a container, subject to American's rules and charges. A properly harnessed dog trained to detect explosives and drugs, and dogs for search and rescue will be accepted in the passenger cabin subject to American's rules and at no charge. Such official duty must be documented in writing to the satisfaction of AA. Live animals will not be accepted for interline transfer to other airline flights. Certain restrictions apply for some American Eagle flights. For more information, contact American Airlines reservations.

Traveling with pets »

# Liability

American's liability for loss, damage or delayed delivery of checked baggage, including transfer baggage, is limited to the actual value of the baggage or $3,500, whichever is less, unless the passenger declares a higher value for loss of baggage, not to exceed $5,000.00 including the $3,500 standard liability per passenger and pays American a sum of $5.00 per $100.00 (or any portion thereof) of excess value. Excess valuation coverage is not available for and does not apply to items excluded in our liability below.

Liability limitations »

American does not assume liability for any of the following items in or as checked baggage: antiques, artifacts, artwork, books and documents, china, computers and other electronic equipment, computer software, fragile items, furs, heirlooms, keys, liquids, money, orthotics, surgical supports, perishable items, photographic, video and optical equipment, precious metals, stones or jewelry (time pieces), securities and negotiable papers, silverware, samples, unique or irreplaceable items or any other similar valuable items.

American does not accept these items in or as checked baggage and assumes no responsibility or liability for such items, regardless of whether American knew or should have known of the presence of such items in checked or transferred baggage. If any such items are lost, damaged or delayed, you will not be entitled to any reimbursement under American's standard baggage liability, or under any declared excess valuation. Do not attempt to check these items. Carry them with you in the passenger cabin (subject to carry-on baggage limitations). Fully collapsible strollers may be carried on board with the passenger as long as they fit in an overhead bin. Strollers exceeding a maximum weight of 20lbs or that are not capable of being transported inside the cabin due to size must be checked at a ticket counter. American will not assume liability when ordinary standard of care is taken.

American assumes no responsibility for loss, damage or delayed delivery of baggage not acceptable for transportation by American as checked baggage and items damaged as a result of items contained in checked or transferred baggage.

Customers with disabilities traveling with wheelchairs or other assistive devices are exempt from liability restrictions for loss, damage or delays to these items.

American assumes no liability for articles carried in the passenger cabin.

American assumes no liability for minor damage such as scratches, scuffs, stains, dents, cuts and dirt resulting from normal wear and tear.

American assumes no liability for musical instruments/recreational/sports items not presented in a hard-sided case.

American is not responsible for damage to contents if the outside of the hard-sided case is not damaged.

American will assume responsibility for damage to checked luggage when Ordinary Standard of Care is not provided. American assumes no responsibility for damage to or loss of protruding baggage parts such as wheels, straps, pockets, pull handles, hanger hooks or other items attached to the baggage that result from normal wear and tear.

American assumes no liability for any indirect, consequential, incidental, punitive or special damages resulting from loss, damage or delayed delivery of checked or transferred baggage, including, without limitation, damages for lost revenue or profits, loss of use or business interruption.

We may disallow any claim for loss or damage which contains misrepresentations, including false statements concerning whether or not the passenger has made previous claims with American or other carriers and/or where the passenger fails to have the carrier's baggage claim declaration form notarized. AA may also disallow claims when the passenger fails to provide proof of loss in the form of receipts of purchase.

## Legal action

Legal action premised on or related to damage, delay or loss must be commenced within two years of the date of the incident.

## Missing items

Items missing from checked baggage must be reported to American before leaving the airport or within 24 hours of the receipt of the bag.

## Loss / delay

In the case of delay or loss, an initial complaint must be presented to American prior to leaving the arrival airport for which the baggage was checked or should have been checked. At the latest, such initial report must be made within four hours of the arrival of the flight on which the passenger traveled. For passengers purchasing the American Airlines baggage delivery service provided through Bags VIP Luggage Delivery in advance of travel, the initial report must be made within 12 hours of the arrival of the flight on which the passenger traveled.

If compensation is sought for a delay or loss, a written claim, in the form provided by American, must be received by American no later than 45 days after the initial report was presented and recorded by American.

## Damaged baggage

No action shall lie in the case of damage to baggage unless the person entitled to delivery files an initial report with American prior to leaving the arrival airport, or at the latest, within 24 hours from the date of receipt of the baggage.

After the initial report of damage to American, the damaged property must be presented to American for repair within thirty days from the date of the initial report of damage to American.

## Claims

Failure to report delayed or damaged baggage or missing contents within the prescribed time limit releases American from liability.

# Acceptance of passengers

American may refuse to transport you, or may remove you from your flight at any point, for one or several reasons, including but not limited to:

1. Compliance with government requisition of space.
2. Action necessary or advisable due to weather, or other conditions beyond American's control.
3. Refusal to permit a search of person or property for explosives or for deadly, controlled, or dangerous weapons, articles or substances.
4. Refusal to produce positive identification upon request.
5. Your physical or mental condition is such that in American's sole opinion, you are rendered or likely to be rendered incapable of comprehending or complying with safety instructions without the assistance of an attendant.
6. Your conduct is disorderly, abusive or violent.
7. Appear to be intoxicated or under the influence of drugs.
8. Attempt to interfere with any member of the flight crew.
9. Have a communicable disease that has been determined by a federal public health authority to be transmissible to other persons in the normal course of flight.
10. Refuse to obey instructions from any flight crew member.
11. Have an offensive odor not caused by a disability or illness.
12. Are clothed in a manner that would cause discomfort or offense to other passengers or are barefoot.
13. Engage in any action, voluntary or involuntary, that might jeopardize the safety of the aircraft or any of its occupants.

# TSA Secure Flight Program

The Transportation Security Agency's (TSA) Secure Flight Program requires that American collect additional information from passengers when making a reservation to fly within, into or out of the United States and for point-to-point international flights operated by U.S. based airlines:

- Full name, as it appears on government-issued I.D. approved for use when traveling
- Date of birth
- Gender
- Redress Number (optional)

American may cancel your reservation if the reservation does not include the required Secure Flight Passenger Data (full name, date of birth and gender) at least 72 hours prior to your scheduled departure. This cancellation policy applies

to all American Airlines tickets, including tickets for our flights operated by our codeshare partners.

# Acceptance of children

## Accompanied

Children 2 through 14 years of age will be accepted for transportation when accompanied by a passenger at least 16 years of age or parent regardless of age.

Infants at least 2 days of age, but less than 2 years of age, will be accepted when accompanied by a passenger at least 16 years of age, or parent regardless of age subject to:

- For infants 2 through 6 days of age, a medical statement may be required stating the infant is stable for travel
- One infant under 2 years of age accompanied by a fare paying passenger, may be carried at no charge, on his or her lap
- The age of the infant is based on the age at commencement of travel

## Unaccompanied

A service charge will be assessed for unaccompanied children on all flights.

- Unaccompanied children, a child/minor under 15 years of age, not accompanied on the same flight and in the same compartment by a passenger at least 16 years of age or parent regardless of age.
- Unaccompanied children under 5 years of age will not be accepted under any circumstances.
- Unaccompanied children 5, 6 or 7 years of age will be accepted on a non-stop or through flights only, and must be accompanied by a parent or responsible adult until the child is boarded on the flight and the aircraft has departed the gate. The child must be met at the destination by another parent or responsible adult.
- Unaccompanied children ages 5-7 are restricted on flights scheduled with a change from one aircraft to another type of aircraft before termination, but designated by a single flight number.
- Unaccompanied children 5, 6, or 7 years of age will not be accepted on certain American flights operated in equipment not requiring a flight attendant. Contact American for specific information.
- Unaccompanied children 8 through 14 years of age will be accepted for transportation on non-stop, through or connecting flights. Connecting flights must be through the following airports: CLT, DCA, DFW, JFK, LAX, LGA, MIA, ORD, PHL, PHX. Reservations must be confirmed to the destination. The child must be accompanied by a parent or responsible adult until the child has boarded the flight and the aircraft has departed the gate. The child must be met at the destination by another parent or responsible adult.
- American does not accept unaccompanied children when their itinerary includes a connection to/from another airline, including codeshare and oneworld partners.
- American will not accept reservations or provide transportation for unaccompanied children for any itinerary that includes the last online connecting flight of the day.

American may refuse to provide connection air transportation services at any origination city to an unaccompanied child holding reservations when there is a reasonable likelihood that the child will not make a flight connection, and therefore require overnight accommodations.

Please note our flight attendants are unable to continuously monitor an unaccompanied child during their flight.

# Refunds

## General refunds

Some tickets are non-refundable. If you have a refundable ticket, American will issue a refund as follows:

- If the ticket is totally unused, the full amount paid will be refunded.
- If the ticket is partially used, the refund will be the difference between the fare paid and the fare for the transportation actually used as determined by the applicable rules.

In addition, if the ticket to be refunded is no longer valid for transportation, an administrative service charge will be assessed upon refund of the ticket. This service charge will be collected by deducting the applicable service charge from the amount which otherwise would be refunded. Tickets will be refunded only to the person named on the ticket as passenger, except that:

1. Tickets purchased with a credit card will be refunded only as a credit to the credit card account,
2. Tickets issued against a prepaid ticket advice will be refunded only to the purchaser, and
3. Tickets issued against a government transportation request will be refunded only to the government agency which issued the transportation request

Once travel has commenced, refund requests for lower fares will not be honored.

American will strive to process eligible refunds in the time frames set out below, upon receipt of all required information.

For all eligible paper and electronic tickets purchased within the U.S. with a credit card or cash, refunds will be provided within 7 business days of receipt of the required refund information. The credit card refund may take up to two billing cycles before appearing on a credit card statement, so you should contact your credit card company directly to verify receipt of the credit. Tickets purchased with a check will be refunded within 20 days of receipt of the required information.

Refunds for electronic tickets may be obtained through the refund section on our website at aa.com or by contacting American Airlines reservations.

Refunds on tickets, paper or electronic, less than $3,000 can be obtained at any of our U.S. airport ticket offices or City Ticket Offices. All other refund requests should be sent to:

American Airlines
Attention: Passenger Refunds
4000 E. Sky Harbor Blvd. Phoenix, AZ 85034

Fax: 800-892-3447
International fax: 480-693-2759

Certain refund requests cannot be accommodated in the time frames discussed above. For example, refunds for lost tickets must be held for 90 days to ensure that they are not found and used. Tickets with adjustments (for example, a customer buys a first class ticket but actually travels in the main or coach cabin) require that we verify the itinerary and class of service flown, and this can take up to 45 days. Tickets that were purchased outside the U.S. require special handling because we must ensure that currency conversion rates are calculated correctly.

Refund for credit card purchases will be made only to the credit card account.

Service charges are collected for some refunds. No service charges apply for the refund of claims pursuant to Section 649 Sentence 2 BGB.

American assumes no liability for any special, incidental, or consequential damages for instances in which we do not meet our goals for processing refunds.

## Helpful suggestions

To ensure a prompt refund, you must submit all required documentation and information, including:

- Valid ticket submitted to us before expiration date - tickets expire one year from the date of issue
- Original unused flight coupons for paper tickets
- Ticket number for electronic tickets
- Brief written explanation
- Your name, address, and telephone number(s), email address, form of payment used to purchase the ticket

## Involuntary refunds

In the event the refund is required because of American's failure to operate on schedule or refusal to transport, the following refund will be made directly to you.

1. If the ticket is totally unused, the full amount paid (with no service charge or refund penalty), or
2. If the ticket is partially used, the applicable fare for the unused segment(s)

American shall not be obligated to refund any portion(s) of a ticket which does not reflect a confirmed reservation on an American flight involved in a schedule irregularity, unless such ticket was issued by American.

Whether the refund is voluntary or involuntary, American reserves the right to refuse to make any refund in a currency other than the currency of purchase or in a country other than country of purchase.

## Optional products and services

The following optional products and services will be eligible for a refund if you are unable to use the product or receive the service due to denied boarding (either voluntary or involuntary) caused by an oversold flight. If the product and/or service was provided on an alternate flight, no refund will be provided.

Optional products and services potentially impacted by flight oversales include but are not limited to:

- Main Cabin and Preferred Seats
- Priority boarding
- Checked bag charge
- Same-day flight change
- Baggage fees and charges (including excess baggage, pets, sports or hunting equipment, etc.)

If your optional product or service purchase meets the above eligibility and you wish to submit a refund request, you will be required to mail in your original documents to American Airlines before your request can be processed.

8/11/2017                                    Conditions of Carriage – Support – American Airlines

For regular mail: American Airlines
Attention: Passenger Refunds 4000 E. Sky Harbor Blvd.
Phoenix, AZ 85034

Fax: 800-892-3447
International fax: 480-693-2759

When submitting a refund request please include:

- The passenger's name
- Address
- The form of payment used (including the last four digits of the credit card number, if applicable)
- The ticket number(s)
- The date of travel
- The departure city and destination city
- Original receipt for optional product purchase/fee payment

# Ticket validity

A valid ticket must be presented for transportation. Tickets for itineraries with more than one flight segment must be used in accordance with the sequence of flights as they appear in the ticketed itinerary and receipt. If a paper ticket, the unused flight coupons must be presented attached to the passenger receipt coupon. American has the right, in its sole discretion, to confiscate any ticket that has been altered, mutilated, or improperly issued or which has been improperly presented or presented by someone other than the passenger named on the ticket.

Tickets are valid for use, reissue or refund only by the passenger named on the ticket. Unless otherwise indicated, tickets are not transferable. American is not liable to the owner of a ticket for honoring or refunding a ticket presented by another person.

## Period of validity

Unless your ticket indicates otherwise, tickets are valid for transportation for one year from date of initial use, or if unused, for one year from date of purchase.

## Refundable ticket validity - voluntary changes

The ticket will be valid as follows:

- Wholly unused tickets: Travel must commence within one year from the original ticket issue date. For example; if a ticket is issued on June 1, 2016, the new ticket travel must commence no later than June 1, 2017.
- Partially used tickets: Unless otherwise specified in the fare rule, travel must be completed within one year from the outbound travel date.

Any fare difference must be paid and tickets must be reissued when the itinerary is rebooked.

# Non-refundable ticket validity

If the ticketed reservations are canceled prior to the ticketed departure time, the ticket will be valid as follows:

- Wholly unused tickets: Travel must commence with one year from the original ticket issue date. For example; if a ticket is issued on June 1, 2016, the new ticket travel must commence no later than June 1, 2017.
- Partially used tickets: Unless otherwise specified in the fare rule, travel must be completed within one year from the outbound travel date.

Any fare difference and applicable change fees must be paid and tickets must be reissued when the itinerary is rebooked.

# Ticket validity: Compliance with terms and conditions of sale

Tickets are valid for travel only when used in accordance with all terms and conditions of sale. Terms and conditions of sale include, but are not limited to:

1. The passenger's itinerary, as stated on the ticket or in the passenger's reservation record
2. Any requirement that the passenger stay over a specified date or length of time (for example, Saturday night or weekend) at the destination specified on the ticket
3. Any special purpose or status (for example, age in the case of senior citizen or children's discounts, military status in the case of a military fare, official government business in the case of a government fare, or attendance at a qualified event in the case of a meeting or convention fare) that entitles the passenger to a special or reduced rate
4. Any other requirement associated with the passenger's fare level

Unless a ticket is reissued by American or its authorized agent upon payment of applicable charges, or an authorized representative of American waives applicable restrictions in writing, a ticket is invalid:

1. If used for travel to a destination other than that specified on the ticket
2. If the passenger fails to comply with applicable stay-over requirements
3. If the passenger does not meet the purpose or status requirement associated with the fare category on the ticket
4. If American determines that the ticket has been purchased or used in a manner designed to circumvent applicable fare rules

# American specifically prohibits practices commonly known as:

- Back-to-back ticketing: The combination of two or more roundtrip excursion fares end to end for the purpose of circumventing minimum stay requirements.
- Throwaway ticketing: The usage of roundtrip excursion fare for one-way travel.
- Hidden city / point beyond ticketing: Purchase of a fare from a point before the passenger's actual origin or to a point beyond the passenger's actual destination.

- Duplicate and impossible/illogical bookings: Duplicate or impossible/illogical American Airlines bookings are prohibited without prior authorization from American Airlines. A duplicate or impossible/illogical booking includes, but is not limited to, bookings for the same passenger on flights traveling on or about the same date between one or more of the same or nearby origin and/or destination (such as JFK to DFW and LGA to DFW or DFW to LAX and DFW to ONT), or bookings with connections that depart before the arrival of the inbound flight.

- Fraudulent, fictitious and abusive bookings: Fraudulent, fictitious and/or abusive bookings are prohibited. These types of bookings are defined as any bookings made without having been requested by or on behalf of the named passenger. Additionally, creating bookings to hold or block seats for the purpose of obtaining lower fares, AAdvantage award inventory, or upgrades that may not otherwise be available, or to gain access to airport facilities, or to circumvent any of American Airlines' fare rules or policies, is prohibited without prior authorization from American Airlines.

Where a ticket is invalidated as the result of the passenger's non-compliance with any term or condition of sale, American has the right in its sole discretion to:

1. Cancel any remaining portion of the passenger's itinerary
2. Confiscate unused flight coupons
3. Refuse to board the passenger or check the passenger's luggage
4. Refuse to refund an otherwise refundable ticket
5. Assess the passenger for the reasonable remaining value of the ticket, which shall be no less than the difference between the fare actually paid and the lowest fare applicable to the passenger's actual itinerary

# Lowest fare availability / 24 hour refund

Customers calling our reservations office or visiting our airline ticket offices or ticket counters will be offered the lowest available fare (exclusive of internet-only fares) when specific dates and times are provided. In the event the lowest available fare is not quoted, American's liability is limited to the difference between the fare quoted and the lowest available fare for which the customer was eligible at that time.

When you purchase a ticket 2 or more days prior to departure by telephone with American Airlines Reservations or via aa.com for American Airlines flights (including American Airlines flights operated by codeshare partners), you have up to 24 hours from the time of ticket purchase to receive a full refund for your ticket. After 24 hours have elapsed, normal refund policies apply to the ticket. If you elect to make changes to the itinerary after the 24 hour time period, a change fee may apply and the ticket price may also change depending on the fare purchased.

# Customers with disabilities

American endeavors to provide passengers with disabilities dignified, professional, and courteous service at all times. We have a team of employees who regularly consult with disability advisory groups on the quality of our service.

## Reservations Special Assistance Coordinators

American reservations offices maintain a staff of Special Assistance Coordinators (SAC) who work with customers who have identified themselves as having disabilities. The reservations representative who responds to the customer's initial call passes pertinent information to a SAC who calls the customer back. A toll-free number exists for customers with disabilities to follow-up on travel arrangements with the SAC office. Airport and in-flight personnel are notified of special service requests.

## Pre-reserved seats

American blocks a limited number of seats on each aircraft to accommodate customers who identify themselves as having a qualified disability. Adjacent seats are provided, under certain circumstances, for customers with disabilities who must travel with a companion for assistance.

## Assistive devices

American accepts motorized and non-motorized assistive devices for transport. When necessary, we will disassemble and reassemble wheelchairs or assistive devices for customers when they travel. American provides storage for one passenger's collapsible, manual wheelchair in the cabin of each jet aircraft. This service is available on a first-come, first served basis, and has priority over carry-on baggage belonging to other customers who board at the same city, provided the customer follows the pre-boarding procedure. In-cabin stowage space for assistive devices cannot be pre-reserved, but American accepts carry-on wheelchairs, provided they collapse to fit in an overhead bin or under a seat. Non-collapsible wheelchairs/scooters are accepted as checked baggage. These items can be checked at the main ticket counter or the departure gate. American offers a special wheelchair service that allows you to check your wheelchair at the departure gate and claim it at your arrival gate free of charge. Although you can arrange to claim your chair at the connecting city we recommend that the chair be checked through to the final destination. The additional time required to claim and re-check your chair at the connecting city may compromise your ability to make your connection. American has wheelchairs and our representatives provide wheelchair service at connecting airports. Please let us know you will need this assistance when making your reservation. Assistive devices approved for cabin transport do not count towards the combined number of checked and carry-on baggage a passenger is allowed, nor do they count towards the limit of carry-on items you may bring on board.

## Boarding assistance

If you have special needs, upon request, pre-boarding assistance will be provided to you, allowing you the opportunity to be seated prior to general boarding. A special aisle chair is available to assist you if you are unable to walk, and all of our jet aircraft are equipped with specially designed seats that feature moveable aisle armrests to help make seating easier.

## Medical oxygen

Only portable oxygen concentrators (POCs) approved by the FAA are accepted for inflight medical oxygen. A 48-hour notice is required. Contact American Airlines at 1-800-433-7300 to obtain information regarding the required medical paperwork.

## Complaint resolution officials for customers with special needs

We have employees at airports who are trained as local complaint resolution officials (LCRO) and are available during operating hours. A corporate complaint resolution official is available to assist LCROs 24 hours per day, seven days per week.

# Optional products and services

Optional products and services may be purchased à la carte or in a bundle at the discretion of the traveler. Optional products and or services may be purchased to be used in conjunction with an American Airlines flight. Specific terms and conditions are incorporated herein by reference and can be found on each optional product or service page:

| | | |
|---|---|---|
| Five Star Service » | Main Cabin Extra » | Preferred Seats » |
| In-flight internet » | Mileage Multiplier » | Same-day flight change » |
| | Paid LFB Upgrade » | |

# Aircraft information

American Airlines reservations representatives will advise you when it will be necessary for you to move from one aircraft to another during your travel, including when the flight number remains the same.

American Airlines reservations representatives are able to provide you with a wide variety of information related to the American Airlines fleets. Aircraft configuration, seat size, and seat pitch are just a few examples of information that can be obtained from our reservations representatives. This information is also available at the AA.com website.

# Customer Relations

Our Customer Relations department is dedicated to addressing customer comments and unresolved concerns. The Customer Relations department will respond to our customer's written complaints within 60 days. Customer Relations can be reached at:

U.S. Mail/Overnight Mail:
American Airlines Customer Relations
4000 E. Sky Harbor Blvd.
Phoenix, AZ 85034 Phone: 817-786-3778
Fax: 480-693-2300

Email AA Customer Relations 🗗

# Delays, cancellations and diversions

8/11/2017                                         Conditions of Carriage – Support – American Airlines

American Airlines will provide customers at the airport and onboard an affected aircraft with timely and frequent updates regarding known delays, cancellations and diversions and will strive to provide the best available information concerning the duration of delays and to the extent available, the flight's anticipated departure time.

We are not responsible for any special, incidental or consequential damages if we do not meet this commitment.

When cancellations and major delays are experienced, you will be rerouted on our next flight with available seats. If the delay or cancellation was caused by events within our control and we do not get you to your final destination on the expected arrival day, we will provide reasonable overnight accommodations, subject to availability.

In extreme circumstances, it is possible that a flight will cancel while on the ground in the city to which it was diverted. When this happens you will be rerouted on the next American flight with available seats, or in some circumstances on another airline or some other alternative means of transportation. If we are unable to reroute you, reasonable overnight accommodations will be provided by American, subject to availability.

American will provide amenities for delayed passengers, necessary to maintain the safety and/or welfare of certain passengers such as customers with disabilities, unaccompanied children, the elderly or others to whom such amenities will be furnished consistent with special needs and/or circumstances.

# Essential needs during extraordinary delays

In the case of extraordinary events that result in very lengthy onboard delays, American will make every reasonable effort to ensure that essential needs of food (snack bar such as Nutri-Grain®), water, restroom facilities, and basic medical assistance are met.

We are not responsible for any special, incidental or consequential damages if we do not meet this commitment.

# Authority to change contract

No agent, employee or representative of American has authority to alter, modify or waive any provision of the Conditions of Carriage unless authorized in writing by a corporate officer of American.

# Frequent flyer award disclosure

An annual report of award redemption will be published, both at the aa.com website and in the AAdvantage Newsletter.

# Choice of law

These Conditions of Carriage are governed by and are to be interpreted in accordance with the laws of the State of Texas.

# Service with domestic codeshare partners

American will make our Customer Service Plan readily available to all of our domestic codeshare partners and, to the extent possible, make every reasonable effort to ensure our partners offer comparable levels of service.

⬆ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo 🗗

Baggage and optional service fees

Customer service and contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers 🗗

Investor relations 🗗

Newsroom 🗗

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards 🗗

American Airlines credit card

Trip insurance

CoBrowse



Limited-time offer. Earn 75,000 bonus miles after qualifying purchases

**Buy**Miles
Get up to 85,000 bonus miles through August 31

**AVIS** **Budget**
Up to 35% savings
plus AAdvantage® miles

🗗 Link opens in new window. Site may not meet accessibility guidelines.

# Exhibit

# 12

4/11/2018




Search aa.com

AAdvantage

Home    Log in »    Hello, MASON ▼    English ▼

Plan Travel    Travel Information

⌂ Home   ›   Legal, privacy & copyright   ›   Customer service plan

# Customer service plan

⊙ Customer service plan

⊙ Lowest fare availability

⊙ Delays, cancellations and diversion events

⊙ Baggage delivery

⊙ Baggage liability

⊙ 24 hour refund

⊙ Refunds

American Airlines and American Eagle will strive to process eligible refunds in the time frames set out below, upon receipt of all required information. Some optional products and services tickets are not refundable.

For all eligible paper and electronic tickets and optional products and services purchased within the U.S. with a credit card or cash, refunds will be provided within 7 business days of receipt of the required refund information. (The credit card refund may take up to two billing cycles before appearing on a credit card statement, so you should contact your credit card company directly to verify receipt of the credit.) Tickets and optional products and services purchased with a check will be refunded within 20 business days of receipt of the required information.

https://www.aa.com/i18n/customer-service/support/customer-service-plan.jsp#guaranteedfares

1/4

Customer service plan – Support – American Airlines

Refunds for electronic tickets can be obtained by contacting our Reservations department or through the Refund section on our website at aa.com. In addition, refunds on tickets (paper and electronic) less than $3,000 can be obtained at any of our U.S. airport ticket offices or city ticket offices. All other refund requests should be sent to:

American Airlines
Attention: Passenger Refunds
4000 E. Sky Harbor Blvd.
Phoenix, AZ 85034

Fax: 800-892-3447
International fax: 480-693-2759

Certain refund requests cannot be accommodated in the time frames discussed above. For example, refunds for lost tickets must be held for 90 days to ensure that they are not found and used. Tickets with adjustments (for example, a customer buys a First Class ticket but actually travels in the main or coach cabin) require that we verify the itinerary and class of service flown, and this can take up to 45 days. Tickets purchased through a wholesaler that include non air portions cannot be processed as they are handled by the tour provider. Tickets that were purchased outside the U.S. require special handling because we must ensure that currency conversion rates are calculated correctly.

Refunds for credit card purchases will be made only to the credit card account. Service charges are collected for some refunds (e.g., lost tickets).

## Helpful suggestions:

To ensure a prompt refund, you must submit all required documentation and information, including:

- Valid ticket or optional products and services receipt submitted to us before expiration date (tickets and optional services expire one year from the date of issue)
- Original unused flight coupons for paper tickets
- Ticket number for electronic tickets
- Brief written explanation
- Your name, address, and telephone number(s)
- Form of payment used to purchase the ticket

View additional documents or get help 🔗

⌄ Accommodation of customers with special needs

https://www.aa.com/i18n/customer-service/support/customer-service-plan.jsp#guaranteedfares

2/4

⊘ Flights with oversales

⊘ Check-in requirements and baggage acceptance cutoff times

⊘ Customer loyalty program - AAdvantage

⊘ Other travel policies

⊛ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo ⊡

Bag and optional fees

Customer service and contingency plans

Conditions of carriage

## About American

About us

Careers ⊡

Investor relations ⊡

Newsroom ⊡

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards ⊡

American Airlines credit card

Trip insurance

CoBrowse



Earn 50,000 bonus miles
after qualifying purchases

**Buy**Miles
Get up to 115,000 bonus miles
through April 28

**AVIS** **Budget**
Up to 35% savings
plus AAdvantage® miles

⊡ Link opens in new window. Site may not meet accessibility guidelines.

4/4

4/11/2018

Customer service plan – Support – American Airlines

# Exhibit 13

10/29/2017                                Optional service fees – Support – American Airlines

**American Airlines**

☰≣   English▾        Search aa.com   🔍

Plan Travel    Travel Information

AAdvantage                                                 oneworld

⌂  Home   ›   Optional service fees

# Optional service fees

AAdvantage »                    Food and drink »                    Region definitions »

AV and sports equipment »        Inflight products and services »    Ticketing and other fees »

Baggage »                        Other airlines »                    Wi-Fi and entertainment »

Children and animals »

# Baggage fees

## Carry-on baggage

You're allowed 1 carry-on bag and 1 personal item in all cabins. If you bought a Basic Economy ticket you're only allowed 1 personal item.

Carry-on baggage »

Basic Economy »

## Checked baggage

See which countries are included in each region »

Are my bags free? »

### First bag

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $25* | $0 | $0 | $0 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $25* | – | $0 | $0 | |

10/29/2017                                     Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Mexico, Caribbean (excluding Cuba and Haiti), Central America and U.S., Puerto Rico, U.S. Virgin Islands, Canada Or between Mexico, Caribbean and Central America | $25* | – | $0 | $0 | $25 seasonal fee for SAL flights June 20 - August 9, 2017 and December 8 - 24, 2017 |
| From U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) to Cuba | $25 | – | $0 | $0 | One-way into Cuba $25 fee. Round-trips originating in the U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) pay $0 for 1st bag on the return. |
| From Cuba to U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) | $0 | – | $0 | $0 | |
| To or from Haiti | $0 | $0 | $0 | $0 | |
| To or from South America (excluding Brazil) | $0* | $0 | $0 | $0 | $25 1st bag fee applies for CLO flights June 20 - August 9, 2017 and December 8 - 24, 2017 |
| To or from Brazil | $0 | $0 | $0 | $0 | |

10/29/2017                          Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) Or connecting via Europe to another destination | $0 | $0 | $0 | $0 | |
| To or from China, Japan, South Korea, Hong Kong, Australia and New Zealand | $0 | $0 | $0 | $0 | |

*Charge applies unless you qualify for other exceptions.

View exceptions and checked baggage limitations »

## Second bag

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $35* | $35* | $0 | $0 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $35* | – | $0 | $0 | |
| Between Mexico, Caribbean (excluding Cuba) or Central America and U.S., Puerto Rico, U.S. Virgin Islands or Canada | $40* | – | $0 | $0 | $40 2nd bag fee applies year round for PTY $55 2nd bag fee applies for SAP, TGU and PAP flights June 20 - August 9, 2017 and December 8 - 24, 2017. |

10/29/2017                                   Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| From U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) to Cuba | $40 | – | $0 | $0 | Round-trips originating in the U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) pay $0 for 2nd bag on the return. |
| From Cuba to U.S. (including Puerto Rico, U.S. Virgin Islands, Canada, Mexico and the Caribbean) | $0 | – | $0 | $0 | Round-trips originating in Cuba pay $40 for 2nd bag on the return. |
| Between South America (excluding Brazil) and the U.S., Puerto Rico, U.S. Virgin Islands, Canada and Europe | $0 | $0 | $0 | $0 | |
| To or from South America (excluding Brazil) | $0* | $0 | $0 | $0 | $40 2nd bag fee applies year round for GYE and UIO. $55 2nd bag fee applies year round for BAQ, BOG, MDE and CLO (for trips booked on or after April 12, 2017). $55 2nd bag fee applies year round for CCS and MAR (for trips booked on or after April 12, 2017). |
| To or from Brazil | $0 | $0 | $0 | $0 | |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $100* | $100* | $0 | $0 | |

10/29/2017                              Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| To or from China, Japan, South Korea, Hong Kong, Australia and New Zealand | $0 | $0 | $0 | $0 | |

*Charge applies unless you qualify for other exceptions.

View exceptions and checked baggage limitations »

## Third bag

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $150 | $150 | $150 | $150* | *3rd checked bag will be $150 for First Class on two-cabin aircraft. No charge for 3rd checked bag in First Class cabin on three-cabin aircraft. |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $150 | – | $150 | $150* | *3rd checked bag will be $150 for First Class on two-cabin aircraft. No charge for 3rd checked bag in First Class cabin on three-cabin aircraft. |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $150 | $150 | $150 | $0* | Year-round limitations apply on baggage and the number of boxes allowed for travel to Bolivia. *3rd checked bag will be $150 for First Class on two-cabin aircraft. |

10/29/2017                                      Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| To or from Brazil | $85 | $85 | $85 | $0* | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil. *3rd checked bag will be $85 for First Class on two-cabin aircraft. |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $200 | $200 | $200 | $0* | *3rd checked bag will be $200 for First Class on two-cabin aircraft. |
| To or from China, Japan, South Korea, Hong Kong, Australia and New Zealand | $200 | $200 | $200 | $0* | *3rd checked bag will be $200 for First Class on two-cabin aircraft. 20,000JPY for travel originating in Japan. |

## Fourth bag +

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $200 | $200 | $200 | $200 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |

10/29/2017                                    Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $200 | $200 | $200 | $200 | Year-round limitations apply on baggage and the number of boxes allowed for travel to Bolivia |
| To or from Brazil | $85 | $85 | $85 | $85 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $200 | $200 | $200 | $200 | |
| To or from China, Japan, South Korea, Hong Kong, Australia and New Zealand | $200 | $200 | $200 | $200 | 20,000JPY for travel originating in Japan |

If you have additional questions, we can help:

Reservations and ticket changes »

Learn more about checked baggage »

## Overweight baggage

### Over 51 lbs/23 kgs to 70 lbs/32 kgs*

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|

10/29/2017                                    Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $100 | $100 | $0 | $0 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $100 | – | $0 | $0 | |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $100 | $100 | $0 | $0 | |
| To or from Brazil | $0 | $0 | $0 | $0 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $100 | $100 | $0 | $0 | |
| To or from China, Japan, South Korea, Hong Kong, Australia and New Zealand | $100 | $100 | $0 | $0 | 10,000JPY for travel originating in Japan |

## Over 71 lbs/32kgs to 100 lbs/45 kgs*

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|

10/29/2017                                    Optional service fees – Support – American Airlines

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $200 | $200 | $200 | $200 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $200 | $200 | $200 | $200 | |
| To or from Brazil | $200 | $200 | $200 | $200 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | Not accepted | Not accepted | Not accepted | Not accepted | |
| To or from Australia and New Zealand | Not accepted | Not accepted | Not accepted | Not accepted | |
| To or from China, Japan, South Korea and Hong Kong | $450 | $450 | $450 | $450 | |

*More than one fee may apply per bag, for example the checked bag fee + oversize fee + overweight fee.

Learn more about overweight baggage »

Learn more about baggage limitations »

10/29/2017                                    Optional service fees – Support – American Airlines

# Oversize baggage

Larger than 62 in/157 cm*

| Regions | Main Cabin | Premium Economy | Business Class | First Class | Notes |
|---|---|---|---|---|---|
| Within and between U.S., Puerto Rico and U.S. Virgin Islands | $200 | $200 | $200 | $200 | |
| Between Canada and U.S., Puerto Rico and U.S. Virgin Islands | $200 | – | $200 | $200 | |
| Between Mexico, Caribbean or Central America, South America (excluding Brazil) and U.S., Puerto Rico, U.S. Virgin Islands or Canada Or between the Caribbean and Central America | $200 | $200 | $200 | $200 | Year-round limitations apply on baggage and the number of boxes allowed for travel to Bolivia |
| To or from Brazil | $150 | $150 | $150 | $150 | Year-round limitations apply on baggage and the number of boxes allowed for travel to select cities in Brazil |
| Between Europe and U.S., Puerto Rico, U.S. Virgin Islands, Canada, Mexico, Caribbean, Central America and South America (excluding Brazil) | $150 | $150 | $150 | $150 | Baggage more than 126 in/320 cm will not be accepted for the U.K. |
| To or from China, Japan, South Korea, Hong Kong, Australia and New Zealand | $200 | $200 | $200 | $200 | 20,000JPY for travel originating in Japan |

*More than one fee may apply per bag, for example the checked bag fee + oversize fee + overweight fee.

10/29/2017                         Optional service fees – Support – American Airlines

Learn more about baggage limitations »

If you have questions about baggage fees, please contact Reservations.

Reservations and ticket changes »

# AV and sports equipment

## Audiovisual equipment

If you are checking audiovisual equipment, standard baggage fees apply unless you're an eligible member of a media or entertainment company for which special rates apply.

Learn more about traveling with audiovisual equipment »

## Sports equipment

### For all classes of service, standard first, second, additional, overweight or oversize bag fees apply for:

- Archery equipment
- Backpack or knapsack
- Boogie, skim or speed boards
- Bowling balls
- Camping equipment

- Fishing gear
- Golf clubs[1]
- Hockey or lacrosse[2]
- Oars

- Scuba gear (without tanks)
- Shooting equipment[3]
- Skateboard
- Snow skis[4]

- Snowboards[4]
- Tennis rackets
- Tent or sleeping bag
- Water skis[4]

1 Golf equipment for Brazil only - $42.50

2 One hockey stick and one hockey bag count as one piece

3 To, through or from London Heathrow (LHR) - $80 per case

4 One ski bag and one ski boot bag count as one piece
Ski equipment for Brazil only - $28.05

### For all classes of service, $150 charge applies for:

- Antlers
- Bicycles[5]
- Hang Gliders

- Kiteboards[6]
- Kitesurf
- Scuba Gear (with tanks)

- Surfboards[6]
- Wakeboards[6]

- Wave ski[6]
- Windsurf

10/29/2017                                    Optional service fees – Support – American Airlines

5If bicycle and container are less than 62 dimensional inches and under 50 lbs, you'll pay the applicable charge for the first checked bag.

6If kiteboard/wakeboard/wave skis are less than 62 dimensional inches and 50 lbs, you'll pay the applicable charge for the first checked bag.

For Brazil only: Maximum surfboard length of 108 in., not included in checked bag allowances. First surfboard charge is $42.50; additional surfboards are $85.00.

Lightweight surfboards packaged in a single bag that weighs less than 70 lbs will be accepted/charged as a single surfboard.

Learn more about traveling with specialty and sports equipment »

# Inflight products and services

| Product or service* | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|
| Preferred seats | $4-$139 | | | | Per flight; price varies by flight |
| Main Cabin Extra | $20-$280 | | | | Per flight; price varies by flight |
| Priority | $9-$74 | | | | Each way; price varies by itinerary |
| Extended hold | $10-$16 | | $20-$30 | $20-$30 | Per passenger, per booking on eligible itineraries. Price varies on number of days held (3, 5 or 7 days). Extended hold options not available on all flights. |
| Paid upgrade | | $40-$90 per 500 mile segment | $40-$90 per 500 mile segment | $40-$90 per 500 mile segment | Per passenger on eligible itineraries. Price on some international itineraries may be outside the adjacent price range due to currency fluctuations and taxes |
| Five Star ServiceSM | | | | | $250-$300 at select airports |

*AAdvantage elite members receive complimentary access to some options.

AAdvantage elite benefits »

# Children and animals

| Service | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|
| Unaccompanied minor | $150 + tax | $150 + tax | $150 + tax | $150 + tax | Pricing applies each way |
| Service animals providing assistance for traveler | $0 | $0 | $0 | $0 | Certain restrictions apply based on your itinerary; not allowed for transporting an animal for training |
| Carry-on pet Within/between U.S. and Canada, Mexico, Central America, Colombia and Caribbean (if the country allows entry); not allowed to Hawaii | $125 | $125 | $125 | $125 | Per kennel |
| Checked pet Within/between U.S. and Canada, Mexico, Central and South America, Caribbean | $200 | $200 | $200 | $200 | Per kennel |
| Checked pet Between the U.S. and Brazil | $150 | $150 | $150 | $150 | Per kennel |

Learn more about unaccompanied minor fees »

Learn about traveling with service animals »

Can my pet travel? »

# AAdvantage

## AAdvantage 500 mile upgrades

$40 (including taxes) per upgrade

Learn more about 500 mile upgrades »

## AAdvantage mileage award upgrades

10/29/2017                                    Optional service fees – Support – American Airlines

Depending on your purchased fare and geographic region, a non-refundable cash co-payment from $75 to $550 for each one-way trip (inclusive of federal excise taxes) for your AAdvantage upgrade awards may be needed. Additional taxes and fees may also apply.

Learn more about mileage upgrades »

## AAdvantage Mileage Multiplier

Approximately $0.03/mile (plus 7.5% federal excise tax)

Learn more about Mileage Multiplier »

## Buy miles

- $0.0295 per mile (plus 7.5% federal excise tax)
- $20 - $40 transaction processing charge

## Gift miles

- $0.0295 per mile (plus 7.5% federal excise tax)
- $20 - $40 transaction processing charge

## Share miles

- $0.0125 mileage transfer cost per mile
- $15 - $40 transaction processing charge

Buy, Gift or Share AAdvantage miles »

## Reactivate miles

- $200 for 1 - 50,000 expired miles
- $400 for 50,001 - 75,000 expired miles
- $600 for more than 75,000 expired miles

Reactivate AAdvantage miles »

## AAdvantage award processing

- $75 for award tickets booked or mileage upgrades requested less than 21 days prior to departure
- AAdvantage Executive Platinum, Platinum Pro, Platinum or Gold members using miles from your account are exempt from the fee

## Changing flight award tickets

- $150 per ticket
- A charge may apply if you make changes to award tickets
- AAdvantage Executive Platinum members using miles from your account are exempt from the fee

10/29/2017 Optional service fees – Support – American Airlines

Reinstating award tickets

- $150 per account for the first award ticket. Additional award tickets reinstated to the same account at the same time will be $25 per ticket

- Miles may be reinstated to your account for an unused AAdvantage flight award if your ticket has not expired

- AAdvantage Executive Platinum members using miles from your account are exempt from the fee

Learn more about award travel »

# Food and drink

| Service | Main Cabin* | Business Class | First Class | Notes |
|---|---|---|---|---|
| Food for sale | $2-$10 | $0 | $0 | Food selections vary by month |
| Beer | $7 | $0 | $0 | Complimentary beer varies by flight and is available in the Main Cabin of select international flights |
| Spirits and wine | $8 | $0 | $0 | Complimentary spirits and wine vary by flight and are available in the Main Cabin of select international flights |
| Sparkling wine | $9 | $0 | $0 | Offered on transcontinental and Hawaii flights and $0 on select international flights |
| Premium wine | $15.99 | $0 | $0 | Offered on transcontinental, Hawaii and select international flights |

*ConciergeKeySM and Executive Platinum members traveling in the Main Cabin get a complimentary drink and snack.

# Wi-Fi and entertainment

| Service | Main Cabin | Business Class | First Class | Notes |
|---|---|---|---|---|

10/29/2017                    Optional service fees – Support – American Airlines

| Service | Main Cabin | Business Class | First Class | Notes |
|---------|-----------|----------------|-------------|-------|
| Domestic inflight Wi-Fi | $2.50 - $50 | $2.50 - $50 | $2.50 - $50 | Monthly and annual subscriptions also available at a flat rate |
| International inflight Wi-Fi | $12 - $19 | $12 - $19 | $12- $19 | |
| In-seat entertainment | $0 | $0 | $0 | |
| Wireless entertainment | $0 | $0 | $0 | |
| Earbuds | $5* | $0 | $0 | *Complimentary in the Main Cabin on international flights |

Learn about inflight Wi-Fi and connectivity »

Learn about inflight entertainment »

# Ticketing and other fees

| Service* | Main Cabin | Premium Economy | Business | First | Notes |
|----------|-----------|-----------------|----------|-------|-------|
| Same-day flight change | $75-$150 unless you qualify for other exceptions | | $0 | $0 | $75 for domestic, Canada and Caribbean; $150 for transatlantic travel between JFK-LHR |
| Customers requiring extra space | 2 tickets at the same rate if arranged when you buy the original ticket | 2 tickets at the same rate if arranged when you buy the original ticket | 2 tickets at the same rate if arranged when you buy the original ticket | 2 tickets at the same rate if arranged when you buy the original ticket | Higher rate may apply for additional space if advanced arrangements are not made |

10/29/2017                                  Optional service fees – Support – American Airlines

| Service* | Main Cabin | Premium Economy | Business | First | Notes |
|---|---|---|---|---|---|
| Tickets issued by Reservations | $25 - domestic travel $35 - international travel | $25 - domestic travel $35 - international travel | $25 - domestic travel $35 - international travel | $25 - domestic travel $35 - international travel | Fees vary by country |
| Award tickets issued by Reservations | $30 - domestic travel $40 - international travel | | $30 - domestic travel $40 - international travel | $30 - domestic travel $40 - international travel | Fees vary by country |
| Assistance by Reservations | $50 | $50 | $50 | $50 | Applies for voluntary trip changes not initially created by American Airlines Reservations or on aa.com |
| Tickets issued by American Airlines travel centers | $35 | $35 | $35 | $35 | Due to government requirements, a higher charge may apply in Colombia and Chile |
| Voluntary change to ticket before day of travel | $200 - domestic travel Up to $750 - international travel | Up to $750 - international travel | $200 - domestic travel Up to $750 - international travel | $200 - domestic travel Up to $750 - international travel | Charge varies depending on type of ticket purchased |
| Gate service fee | $25 / bag checked at the gate on Basic Economy fare | | | | |

*AAdvantage elite status members are exempt from some fees.

AAdvantage elite benefits »

Customers eligible for complimentary standby »

Same-day flight changes »

Customers requiring extra space »

Reservations & tickets FAQs »

# Region definitions

See which countries are included in each region »

# Other airlines

Optional service fees may be different and products may vary on flights operated by our airline partners. For details, please visit the operating carrier's website.

## **one**world airline partners

| | | | |
|---|---|---|---|
| British Airways 🔗 | Iberia 🔗 | Qantas 🔗 | SriLankan Airlines 🔗 |
| Cathay Pacific 🔗 | Japan Airlines 🔗 | Qatar Airways 🔗 | LATAM Airlines 🔗 |
| Finnair 🔗 | Malaysia Airlines 🔗 | Royal Jordanian 🔗 | |
| | | S7 Airlines 🔗 | |

## Other airline partners

| | | | |
|---|---|---|---|
| Aer Lingus 🔗 | EL AL 🔗 | JAL Express 🔗 | Philippine Airlines 🔗 |
| AeroMexico 🔗 | Emirates Airlines 🔗 | Japan Transocean Air 🔗 | Singapore Airlines 🔗 |
| Air France 🔗 | Etihad Airways 🔗 | Jet Airways 🔗 | SWISS 🔗 |
| Air Tahiti Nui 🔗 | EVA Air 🔗 | Jetstar 🔗 | Vueling Airlines 🔗 |
| Alaska Airlines 🔗 | Fiji Airways 🔗 | KLM Royal Dutch Airlines 🔗 | WestJet 🔗 |
| Cape Air 🔗 | Great Lakes Airlines 🔗 | Lufthansa 🔗 | |
| Copa Airlines 🔗 | Gulf Air 🔗 | Meridiana 🔗 | |
| Czech Airlines 🔗 | Hainan Airlines 🔗 | NIKI 🔗 | |
| Cathay Dragon 🔗 | Hawaiian Airlines 🔗 | OpenSkies 🔗 | |
| EgyptAir 🔗 | Icelandair 🔗 | | |

Pakistan International
Airlines ⊠

↑ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo ⊠

Baggage and optional service
fees

Customer service and
contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers ⊠

Investor relations ⊠

Newsroom ⊠

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards ⊠

American Airlines credit card

Trip insurance

CoBrowse



Limited-time: Earn 60,000 bonus miles
after qualifying purchases

**BuyMiles**

Buy miles + earn up to
35,000 bonus miles

 Budget®

Up to 35% savings
plus AAdvantage® miles

⊠ Link opens in new window. Site may not meet accessibility guidelines.

# Exhibit

# 14

8/11/2017                                         Detailed Fare Rules - American Airlines

# American Airlines                                                                    Print

## Detailed Fare Rules

The most restrictive set of fare rules applies to the entire itinerary. In addition other fare rules may apply.

| City Pair | Fare Basis Code | Flight |
|-----------|-----------------|--------|
| MIA to DEN | S7ALZNN1 (Displayed Below) | 2424 MIA to DEN |
| DEN to MIA | L0ALZNN1 View rules | 1912 DEN to MIA |

### S7ALZNN1

| | |
|---|---|
| Seasonality | Not Applicable |
| Day Time Application | Not Applicable |
| Advance Reservation Ticketing Restrictions | RESERVATIONS FOR ALL SECTORS ARE REQUIRED AT LEAST 7 DAYS BEFORE DEPARTURE OF EACH TRIP. WAITLIST NOT PERMITTED. TICKETING FOR DEPARTURE OF EACH TRIP MUST BE COMPLETED BY MIDNIGHT 1 DAY AFTER RESERVATIONS ARE MADE OR AT LEAST 7 DAYS BEFORE DEPARTURE WHICHEVER IS EARLIER. |
| Surcharges | IF INFANT 0-1 WITHOUT A SEAT. THERE IS NO CHARGE FOR TRAVEL PER FARE COMPONENT. OTHERWISE A SURCHARGE OF USD 18.60 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 22NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 25NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 46.51 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 26NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 27NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 18.60 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 21DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 22DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 23DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 26DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 18.60 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 27DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 9.30 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 28DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 9.30 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 29DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 9.30 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 30DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 46.51 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 01JAN 18. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 02JAN 18. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. |
| Maximum Stay | Not Applicable |
| Eligibility | Not Applicable |
| Sales Restrictions | TICKETS MAY NOT BE SOLD IN NEPAL/FIJI/CROATIA/ MOLDOVA,REPUBLIC OF/GUAM/AMERICAN SAMOA/SLOVAKIA/UKRAINE/ CAMBODIA/IRAN,ISLAMIC REPUBLIC OF/LATVIA/TANZANIA,UNITED REPUBLIC OF/NIGERIA/BULGARIA/LUXEMBOURG/MOROCCO/ KAZAKHSTAN/SAINT VINCENT/GRENADINES/SURINAME/IRAQ/LIBERIA/ ICELAND/LITHUANIA/MYANMAR/GUYANA/ESTONIA/SLOVENIA/OCCUPIED PALESTINIAN TERRITORY/SUDAN/AZERBAIJAN. AND - TICKETS MAY NOT BE SOLD IN UGANDA/FRENCH GUIANA/ BELARUS/MOZAMBIQUE/CAMEROON/REUNION/SYRIAN ARAB REPUBLIC/FRENCH POLYNESIA/CONGO (KINSHASA)/ETHIOPIA/ ALBANIA/MACEDONIA,THE FORMER YUGOSLAV REPUBLIC OF/ DOMINICA/LAOS,PEOPLE'S DEMOCRATIC REPUBLIC OF/ ALGERIA/PAPUA NEW GUINEA/NAMIBIA/SOMALIA/YEMEN, REPUBLIC OF/SENEGAL/TONGA/BONAIRE, SAINT EUSTATIUS, SABA/MALAWI/BOTSWANA/SERBIA/MONGOLIA/EQUATORIAL GUINEA/RWANDA/ANGOLA/CONGO (BRAZZAVILLE)/MALTA/BENIN/ TUNISIA/MADAGASCAR/MALI/KYRGYZSTAN/ARMENIA/ SWAZILAND/NIGER/GABON/LIBYAN ARAB JAMAHIRIYA/ MONTSERRAT/GUINEA/CHAD/NEW CALEDONIA/SOUTH SUDAN. AND - TICKETS MAY NOT BE SOLD IN ERITREA/AFGHANISTAN/ ZAMBIA/SAN MARINO/BURKINA FASO/GEORGIA/BRUNEI DARUSSALAM/GIBRALTAR/SIERRA LEONE/DJIBOUTI/KIRIBATI/ MAURITIUS/ANGUILLA/CONGO (BRAZZAVILLE)/MALTA/BENIN/ TUNISIA/MADAGASCAR/MALI/KYRGYZSTAN/ARMENIA/ SWAZILAND/NIGER/GABON/LIBYAN ARAB JAMAHIRIYA/ MONTSERRAT/GUINEA/CHAD/NEW CALEDONIA/SOUTH SUDAN. |

AND - TICKETS MAY NOT BE SOLD IN ANDORRA/SAMOA/WALLIS/ FUTUNA ISLANDS/SAO TOME/PRINCIPE/GUINEA-BISSAU/ SEYCHELLES/GAMBIA/MALDIVES/GREENLAND/MAURITANIA/ MICRONESIA/CAROLINE ISLANDS/TURKMENISTAN/MONACO/ SOLOMON ISLANDS/CENTRAL AFRICAN REPUBLIC/FAROE ISLANDS/MONTENEGRO/TAJIKISTAN/TOGO/BURUNDI/CAPE VERDE/LESOTHO/PALAU/MARSHALL ISLANDS/BOSNIA AND HERZEGOVINA/VANUATU/COOK ISLANDS/MAYOTTE/NORFOLK ISLAND/BHUTAN. AND - TICKETS MAY NOT BE SOLD IN MARIANA ISLANDS/PARAGUAY/ HUNGARY/LEBANON/ROMANIA/QATAR/TUVALU/GHANA/KENYA/ PAKISTAN/JORDAN/KUWAIT/ZIMBABWE/OMAN/BAHRAIN/ INDONESIA/SOUTH AFRICA/THAILAND/MARTINIQUE/ BANGLADESH/POLAND/COTE D'IVOIRE/AUSTRIA/CZECH REPUBLIC/SRI LANKA/CYPRUS/PORTUGAL/TURKEY/MALAYSIA/ RUSSIA. AND - TICKETS MAY NOT BE SOLD IN EGYPT/SAUDI ARABIA/ SINGAPORE/VIET NAM/PHILIPPINES/UNITED ARAB EMIRATES/ TAIWAN, PROVINCE OF/ISRAEL/SWEDEN/BELGIUM/INDIA. AND - TICKETS MAY BE ISSUED BY MAIL/PTA. TICKETS MUST BE ISSUED BY ELECTRONIC TICKETING. PTA CONSTITUTES TICKETING. TICKETS MAY NOT BE SOLD IN VENEZUELA/CUBA. TICKETS MAY ONLY BE SOLD IN AREA 1/AREA 2/AREA 3.

| | |
|---|---|
| Flight Applications | THE FARE COMPONENT MUST NOT BE ON ONE OR MORE OF THE FOLLOWING ANY AA FLIGHT OPERATED BY AS. AND THE FARE COMPONENT MUST BE ON ONE OR MORE OF THE FOLLOWING ANY AA FLIGHT. |
| Minimum Stay | Not Applicable |
| Embargo Dates | Not Applicable |
| Penalties | CANCELLATIONS TICKET IS NON-REFUNDABLE. NOTE - TICKET HAS NO VALUE UNLESS PASSENGER CANCELS TICKETED FLIGHT RESERVATIONS PRIOR TO TICKETED DEPARTURE TIME. CHANGES CHARGE USD 200.00 FOR REISSUE. NOTE - IF PASSENGER CANCELS TICKETED FLIGHT RESERVATION PRIOR TO TICKETED DEPARTURE TIME/ TRAVEL THAT IS REBOOKED IS VALID AS FOLLOWS. 1/WHOLLY UNUSED TICKETS ARE VALID PROVIDED TRAVEL COMMENCES WITHIN ONE YEAR FROM THE ORIGINAL TICKET ISSUE DATE OR 2/ PARTIALLY USED TICKETS ARE VALID PROVIDED TRAVEL IS COMPLETED WITHIN ONE YEAR FROM THE OUTBOUND TRAVEL DATE ON THE ORIGINAL TICKET. SERVICE CHARGE APPLIES. IF TICKETED FLIGHT RESERVATION IS NOT CANCELLED PRIOR TO TICKETED DEPARTURE TIME/ REBOOKING IS NOT PERMITTED AND THE TICKET HAS NO VALUE. --- FARE DIFFERENCE AND SERVICE CHARGE MUST BE PAID AND TICKET MUST BE REISSUED WHEN ITINERARY IS REBOOKED/--- IF MULTIPLE CHANGES ARE MADE AT THE SAME TIME/ ONLY ONE SERVICE CHARGE WILL APPLY PER TICKET. IF FARES WITH DIFFERENT SERVICE CHARGES ARE COMBINED ON THE SAME TICKET/ THE HIGHEST CHARGE OF ALL CHANGED FARE COMPONENTS WILL APPLY. --- WHENEVER A NONREFUNDABLE FARE TICKET IS REISSUED TO A REFUNDABLE FARE/ A NONREFUNDABLE NOTATION MUST BE MADE IN THE ENDORSEMENT BOX OF THE NEW TICKET. THE ORIGINAL NONREFUNDABLE VALUE REMAINS NONREFUNDABLE FOR ANY SUBSEQUENT REISSUES. --- CERTAIN DOMESTIC REISSUE PROVISIONS MAY BE OVERRIDDEN BY THOSE OF AA INTERNATIONAL FARES. --- GUARANTEED AIRFARE RULE- TRANSPORTATION IS SUBJECT TO THE RULES/ FARES AND CHARGES IN EFFECT ON THE DATE/ TIME OF TICKET ISSUANCE OR PREPAID TICKET ADVICE PURCHASE. SHOULD FARES INCREASE AFTER TICKET PURCHASE/ NO INCREASE IN FARE WILL BE COLLECTED PROVIDED THE ORIGINATING FLIGHT COUPON OF THE TICKET REFLECTING A CONFIRMED RESERVATION HAS NOT BEEN VOLUNTARILY CHANGED/ AND PROVIDED THAT VOLUNTARY CHANGES FOR FLIGHT COUPONS OTHER THAN THE ORGINATING FLIGHT DO NOT REFLECT A CHANGE IN CARRIER/ FARE BASIS/ ORIGIN/ DESTINATION OR STOPOVER POINTS FROM THOSE FOUND ON THE TICKET. IF AFTER TICKET HAS BEEN ISSUED AND BEFORE ANY PORTION HAS BEEN USED EITHER A DECREASE IN THE FARES OR CHARGES APPLICABLE TO THE TRANSPORTATION SHOWN ON THE TICKET BECOMES EFFECTIVE/ OR A NEW FARE FOR WHICH THE PASSENGER QUALIFIES IS ADDED BETWEEN THE POINTS SHOWN ON THE TICKET/ THE DIFFERENCE IN FARES WILL BE REFUNDED AS STATED BELOW/ IN THE FORM OF A NONREFUNDABLE TRANSPORTATION VOUCHER/ PROVIDED A. THERE IS NO CHANGE IN TICKETED. ORIGIN/ DESTINATION/ STOPOVER POINTS/ FLIGHTS/ DATES B. ALL CONDITIONS OF THE DECREASED FARES OR CHARGES OF THE NEW FARE ARE MET/ INCLUDING BOOKING CODE AND ADVANCE RESERVATIONS AND TICKETING REQUIREMENTS C. ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE ORIGINAL TICKET DATE TO THE DEPARTURE OF THE PRICING UNIT. D. THE PASSENGER WILL RECEIVE THE DIFFERENCE IN FARES LESS THE APPLICABLE SERVICE CHARGE IN THE FORM OF A NONREFUNDABLE AA TRAVEL VOUCHER FOR ONE YEAR FROM THE DATE OF ISSUE. --- I. PRIOR TO DEPARTURE OF THE JOURNEY - CHANGES TO THE ORIGINATING FLIGHT ON THE TICKET - CANCEL AND START OVER. 1. THE ENTIRE TICKET MUST BE REPRICED WITH FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE. 2. USE ANY AA FARE ALLOWED BY COMBINATION AND REISSUE RULES. 3. ALL PROVISIONS OF THE NEW FARE I.E. ADV RSVN/MIN/MAX STAY/INVENTORY ETC MUST BE MET 4. ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO THE DEPARTURE OF THE PRICING UNIT. 5. ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY --- II. PRIOR TO DEPARTURE OF THE JOURNEY - CHANGES TO CONTINUING/RETURN FLIGHTS WHEN THERE IS NO CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. THE FOLLOWING OPTIONS ARE AVAILABLE AND THE LOWEST SOLUTION WILL APPLY. --- A. ATTEMPT TO KEEP THE SAME FARES AS TICKETED. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODE/ SAME FARE LEVEL/ SAME RULES AS TICKETED/ THAT IS/ THOSE IN EFFECT AT THE TIME THE ORIGINAL TICKET WAS SOLD. 1.NO CHANGE IS PERMITTED TO STOPOVER/ THE FIRST FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED FARE BASIS CODE/ SAME RULE MUST BE USED AS THE REPLACEMENT FARE FOR THE REVISED FARE COMPONENT ON THE NEW TICKET. 3.FULLY FLOWN ONE-WAY FARE MUST NOT BE REPRICED AS A HALF ROUND-TRIP FARE. 4.NEW FARE MUST BE EQUAL TO THE PREVIOUS FARE. COMPARE BASE FARE VALUES FOR THE REVISED FARE COMPONENT TO THAT OF THE TICKETED FARE COMPONENT. 5.ALL RULE/BOOKING CODE PROVISIONS MUST BE MET. 6.FLIGHT SPECIFIC FARES MUST REMAIN WITHIN THE TIMES SPECIFIED FOR THAT FARE. 7.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE OF PRICING UNIT. 8.SERVICE CHARGE APPLIES. --- B. CANCEL AND START OVER. REPRICE THE ITINEARY USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE. 1.USE ANY AA FARE ALLOWED BY COMBINATION AND REISSUE RULES. 2.ALL RULE/BOOKING CODE PROVISIONS OF THE NEW FARE MUST BE MET. 3.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM REISSUE DATE TO DEPARTURE OF THE PRICING UNIT. 4.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY --- C. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODES AND RULES AS THOSE IN EFFECT ON THE DATE OF ORIGINAL TICKET ISSUANCE FOR UNCHANGED FARE COMPONENTS AND USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL CHANGED FARE COMPONENTS. 1.NO CHANGE IS PERMITTED TO STOPOVER/ THE FIRST |

FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED SAME FARE MUST BE USED ON THE FIRST FARE COMPONENT. 3.USE ANY AA FARES ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM ORIGINAL TICKET DATE TO DEPARTURE OF PRICING UNIT. 6.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- III. PRIOR TO DEPARTURE OF THE JOURNEY- CHANGES TO THE CONTINUING/RETURN FLIGHTS WHEN THERE IS A CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. --- A. CANCEL AND START OVER. REPRICE THE ITINERARY USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE. 1.USE ANY AA FARE ALLOWED BY COMBINATION AND REISSUE RULES. 2.ALL RULE/BOOKING CODE PROVISIONS OF THE NEW FARE MUST BE MET. 3.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM REISSUE DATE TO DEPARTURE OF THE PRICING UNIT. 4.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- B. PRIOR TO DEPARTURE OF THE JOURNEY - WHEN THERE IS NO CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. THE FOLLOWING OPTIONS ARE AVAILABLE AND THE LOWEST SOLUTION WILL APPLY. --- A. ATTEMPT TO KEEP THE SAME FARES AS TICKETED. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODE/ SAME FARE LEVEL/ SAME RULES AS TICKETED/ THAT IS/ THOSE IN EFFECT AT THE TIME THE ORIGINAL TICKET WAS SOLD. 1.NO CHANGE IS PERMITTED TO STOPOVER/THE FIRST FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED FARE BASIS CODE/ SAME RULE MUST BE USED AS THE REPLACEMENT FARE FOR THE REVISED FARE COMPONENT ON THE NEW TICKET. 3.FULLY FLOWN ONE-WAY FARE MUST NOT BE PRICED AS A HALF ROUND-TRIP FARE. 4.NEW FARE MUST BE EQUAL TO THE PREVIOUS FARE. COMPARE BASE FARE VALUES FOR THE REVISED FARE COMPONENT TO THAT OF THE TICKETED FARE COMPONENT. 4.ALL RULE/BOOKING CODE PROVISIONS MUST BE MET. 5.FLIGHT SPECIFIC FARES MUST REMAIN WITHIN THE TIMES SPECIFIED FOR THAT FARE. 6.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE OF PRICING UNIT. 7.SERVICE CHARGE APPLIES. --- B. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODES AND RULES AS THOSE IN EFFECT ON THE DATE OF ORIGINAL TICKET ISSUANCE FOR UNCHANGED FARE COMPONENTS AND USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL CHANGED FARE COMPONENTS. 1.NO CHANGE IS PERMITTED TO STOPOVER/ THE FIRST FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED SAME FARE MUST BE USED ON THE FIRST FARE COMPONENT. 3.USE ANY AA ONE-WAY FARE ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM REISSUE DATE TO DEPARTURE OF THE PRICING UNIT. 6.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY --- C. REPRICE THE ITINERARY USING HISTORICAL ONE WAY FARES FROM THE PREVIOUS TICKET ISSUE DATE FOR FLOWN FARE COMPONENTS/ IN AN EQUAL OR HIGHER BOOKING CLASS. USE FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL UNFLOWN COMPONENTS. 1.FARE BREAKS FOR THE FLOWN FARE COMPONENTS MAY NOT BE CHANGED. 2.USE BOOKING CLASS HIERARCHY WHEN REPLACING FARES FOR FLOWN FARE COMPONENTS. THE HIERARCHY IS ECONOMY CLASS - Y H K M L V G S N Q O B FIRST/BUSINESS CLASS - F A J D I 3.USE ANY AA ONE WAY FARES ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS OF THE NEW FARES MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE DATE OF THE PRICING UNIT. 6.COMPARE THE TOTAL FROM THE ORIGINAL TICKET TO THE NEW TOTAL OF THE FLOWN AND UNFLOWN FARE COMPONENTS. 7.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- V. AFTER DEPARTURE OF THE JOURNEY - CHANGES TO CONTINUING/RETURN FLIGHTS WHEN THERE IS A CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. --- A. REPRICE THE ITINERARY USING HISTORICAL ONE WAY FARES FROM THE PREVIOUS TICKET ISSUE DATE FOR FLOWN FARE COMPONENTS/ IN AN EQUAL OR HIGHER BOOKING CLASS. USE FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL UNFLOWN COMPONENTS. 1.FARE BREAKS FOR THE FLOWN FARE COMPONENTS MAY NOT BE CHANGED. 2.USE BOOKING CLASS HIERARCHY WHEN REPLACING FARES FOR FLOWN FARE COMPONENTS. THE HIERARCHY IS ECONOMY CLASS - Y H K M L V G S N Q O B FIRST/BUSINESS CLASS - F A J D I C 3.USE ANY AA ONE WAY FARE ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS OF THE NEW FARES MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE DATE OF THE PRICING UNIT. 6.COMPARE THE TOTAL FROM THE ORIGINAL TICKET TO THE NEW TOTAL OF THE FLOWN AND UNFLOWN FARE COMPONENTS. 7.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- VI. AFTER EACH TICKETED DEPARTURE TIME 1. NO CHANGES PERMITTED IF PASSENGER HAS NOT CANCELLED THE TICKETED FLIGHT RESERVATION. 2. TICKET HAS NO VALUE IF PASSENGER HAS NOT CANCELLED THE TICKETED FLIGHT RESERVATION. --- VII. IN THE CASE OF THE DEATH OF THE PASSENGER/ TRAVELING COMPANION/ THE SERVICE CHARGE MAY BE WAIVED OR THE TICKET REFUNDED. VISIT AA.COM FOR DETAILS.

| | |
|---|---|
| Child Discount | INFANT UNDER 2 WITHOUT A SEAT - NO CHARGE MUST BE ACCOMPANIED ON ALL FLIGHTS IN SAME COMPARTMENT BY ADULT 16 OR OLDER OR - INFANT UNDER 2 WITH A SEAT - CHARGE 100 PERCENT OF THE FARE. MUST BE ACCOMPANIED ON ALL FLIGHTS IN SAME COMPARTMENT BY ADULT 16 OR OLDER. |
| Rule Application and Other Conditions | NORMAL/EXCURSION FARES APPLICATION CLASS OF SERVICE THESE FARES APPLY FOR FIRST/BUSINESS/PREMIUM ECONOMY/ ECONOMY CLASS SERVICE. CAPACITY LIMITATIONS SEATS ARE LIMITED |

Print

8/11/2017                                          Detailed Fare Rules - American Airlines

# American Airlines

Print

## Detailed Fare Rules

The most restrictive set of fare rules applies to the entire itinerary. In addition other fare rules may apply.

| City Pair | Fare Basis Code | Flight |
|-----------|-----------------|--------|
| MIA to DEN | S7ALZNN1 View rules | 2424 MIA to DEN |
| DEN to MIA | L0ALZNN1 (Displayed Below) | 1912 DEN to MIA |

## L0ALZNN1

| | |
|---|---|
| Seasonality | Not Applicable |
| Day Time Application | Not Applicable |
| Advance Reservation Ticketing Restrictions | RESERVATIONS ARE REQUIRED FOR ALL SECTORS. WAITLIST NOT PERMITTED. TICKETING MUST BE COMPLETED BY MIDNIGHT 1 DAY AFTER RESERVATIONS ARE MADE. |
| Surcharges | IF INFANT 0-1 WITHOUT A SEAT. THERE IS NO CHARGE FOR TRAVEL PER FARE COMPONENT. OTHERWISE A SURCHARGE OF USD 18.60 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 22NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 25NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 46.51 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 26NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 27NOV 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 18.60 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 21DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 22DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 23DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 26DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 18.60 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 27DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 9.30 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 28DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 9.30 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 29DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 9.30 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 30DEC 17. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 46.51 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 01JAN 18. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. AND - A SURCHARGE OF USD 27.91 PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON 02JAN 18. NOTE - THIS PEAK TRAVEL SURCHARGE IS ASSESSED ON A FARE COMPONENT BASIS. |
| Maximum Stay | Not Applicable |
| Eligibility | Not Applicable |
| Sales Restrictions | TICKETS MAY NOT BE SOLD IN NEPAL/FIJI/CROATIA/ MOLDOVA,REPUBLIC OF/GUAM/AMERICAN SAMOA/SLOVAKIA/UKRAINE/ CAMBODIA/IRAN,ISLAMIC REPUBLIC OF/LATVIA/TANZANIA,UNITED REPUBLIC OF/NIGERIA/BULGARIA/LUXEMBOURG/MOROCCO/ KAZAKHSTAN/SAINT VINCENT/GRENADINES/SURINAME/IRAQ/LIBERIA/ ICELAND/LITHUANIA/MYANMAR/GUYANA/ESTONIA/SLOVENIA/OCCUPIED PALESTINIAN TERRITORY/SUDAN/AZERBAIJAN. AND - TICKETS MAY NOT BE SOLD IN UGANDA/FRENCH GUIANA/ BELARUS/MOZAMBIQUE/CAMEROON/REUNION/SYRIAN ARAB REPUBLIC/FRENCH POLYNESIA/CONGO (KINSHASA)/ETHIOPIA/ ALBANIA/MACEDONIA,THE FORMER YUGOSLAV REPUBLIC OF/ DOMINICA/LAOS,PEOPLE'S DEMOCRATIC REPUBLIC OF/ ALGERIA/PAPUA NEW GUINEA/NAMIBIA/SOMALIA/YEMEN, REPUBLIC OF/SENEGAL/TONGA/BONAIRE, SAINT EUSTATIUS, SABA/MALAWI/BOTSWANA/SERBIA/MONGOLIA/EQUATORIAL GUINEA/RWANDA/ANGOLA/UZBEKISTAN. AND - TICKETS MAY NOT BE SOLD IN ERITREA/AFGHANISTAN/ ZAMBIA/SAN MARINO/BURKINA FASO/GEORGIA/BRUNEI DARUSSALAM/GIBRALTAR/SIERRA LEONE/DJIBOUTI/KIRIBATI/ MAURITIUS/ANGUILLA/CONGO (BRAZZAVILLE)/MALTA/BENIN/ TUNISIA/MADAGASCAR/MALI/KYRGYZSTAN/ARMENIA/ SWAZILAND/NIGER/GABON/LIBYAN ARAB JAMAHIRIYA/ MONTSERRAT/GUINEA/CHAD/NEW CALEDONIA/SOUTH SUDAN. |

8/11/2017                                  Detailed Fare Rules - American Airlines

AND - TICKETS MAY NOT BE SOLD IN ANDORRA/SAMOA/WALLIS/ FUTUNA ISLANDS/SAO TOME/PRINCIPE/GUINEA-BISSAU/ SEYCHELLES/GAMBIA/MALDIVES/GREENLAND/MAURITANIA/ MICRONESIA/CAROLINE ISLANDS/TURKMENISTAN/MONACO/ SOLOMON ISLANDS/CENTRAL AFRICAN REPUBLIC/FAROE ISLANDS/MONTENEGRO/TAJIKISTAN/TOGO/BURUNDI/CAPE VERDE/LESOTHO/PALAU/MARSHALL ISLANDS/BOSNIA AND HERZEGOVINA/VANUATU/COOK ISLANDS/MAYOTTE/NORFOLK ISLAND/BHUTAN. AND - TICKETS MAY NOT BE SOLD IN MARIANA ISLANDS/PARAGUAY/ HUNGARY/LEBANON/ROMANIA/QATAR/TUVALU/GHANA/KENYA/ PAKISTAN/JORDAN/KUWAIT/ZIMBABWE/OMAN/BAHRAIN/ INDONESIA/SOUTH AFRICA/THAILAND/MARTINIQUE/ BANGLADESH/POLAND/COTE D'IVOIRE/AUSTRIA/CZECH REPUBLIC/SRI LANKA/CYPRUS/PORTUGAL/TURKEY/MALAYSIA/ RUSSIA. AND - TICKETS MAY NOT BE SOLD IN EGYPT/SAUDI ARABIA/ SINGAPORE/VIET NAM/PHILIPPINES/UNITED ARAB EMIRATES/ TAIWAN, PROVINCE OF/ISRAEL/SWEDEN/BELGIUM/INDIA. AND - TICKETS MAY BE ISSUED BY MAIL/PTA. TICKETS MUST BE ISSUED BY ELECTRONIC TICKETING. PTA CONSTITUTES TICKETING. TICKETS MAY NOT BE SOLD IN VENEZUELA/CUBA. TICKETS MAY ONLY BE SOLD IN AREA 1/AREA 2/AREA 3.

| Flight Applications | THE FARE COMPONENT MUST NOT BE ON ONE OR MORE OF THE FOLLOWING ANY AA FLIGHT OPERATED BY AS. AND THE FARE COMPONENT MUST BE ON ONE OR MORE OF THE FOLLOWING ANY AA FLIGHT. |
| --- | --- |
| Minimum Stay | Not Applicable |
| Embargo Dates | Not Applicable |
| Penalties | CANCELLATIONS TICKET IS NON-REFUNDABLE. NOTE - TICKET HAS NO VALUE UNLESS PASSENGER CANCELS TICKETED FLIGHT RESERVATIONS PRIOR TO TICKETED DEPARTURE TIME. CHANGES CHARGE USD 200.00 FOR REISSUE. NOTE - IF PASSENGER CANCELS TICKETED FLIGHT RESERVATION PRIOR TO TICKETED DEPARTURE TIME/ TRAVEL THAT IS REBOOKED IS VALID AS FOLLOWS. 1/WHOLLY UNUSED TICKETS ARE VALID PROVIDED TRAVEL COMMENCES WITHIN ONE YEAR FROM THE ORIGINAL TICKET ISSUE DATE OR 2/ PARTIALLY USED TICKETS ARE VALID PROVIDED TRAVEL IS COMPLETED WITHIN ONE YEAR FROM THE OUTBOUND TRAVEL DATE ON THE ORIGINAL TICKET. SERVICE CHARGE APPLIES. IF TICKETED FLIGHT RESERVATION IS NOT CANCELLED PRIOR TO TICKETED DEPARTURE TIME/ REBOOKING IS NOT PERMITTED AND THE TICKET HAS NO VALUE. --- FARE DIFFERENCE AND SERVICE CHARGE MUST BE PAID AND TICKET MUST BE REISSUED WHEN ITINERARY IS REBOOKED. --- IF MULTIPLE CHANGES ARE MADE AT THE SAME TIME/ ONLY ONE SERVICE CHARGE WILL APPLY PER TICKET. IF FARES WITH DIFFERENT SERVICE CHARGES ARE COMBINED ON THE SAME TICKET/ THE HIGHEST CHARGE OF ALL CHANGED FARE COMPONENTS WILL APPLY. --- WHENEVER A NONREFUNDABLE FARE TICKET IS REISSUED TO A REFUNDABLE FARE/ A NONREFUNDABLE NOTATION MUST BE MADE IN THE ENDORSEMENT BOX OF THE NEW TICKET. THE ORIGINAL NONREFUNDABLE VALUE REMAINS NONREFUNDABLE FOR ANY SUBSEQUENT REISSUES. --- CERTAIN DOMESTIC REISSUE PROVISIONS MAY BE OVERRIDDEN BY THOSE OF AA INTERNATIONAL FARES. --- GUARANTEED AIRFARE RULE- TRANSPORTATION IS SUBJECT TO THE RULES/ FARES AND CHARGES IN EFFECT ON THE DATE/ TIME OF TICKET ISSUANCE OR PREPAID TICKET ADVICE PURCHASE. SHOULD FARES INCREASE AFTER TICKET PURCHASE/ NO INCREASE IN FARE WILL BE COLLECTED PROVIDED THE ORIGINATING FLIGHT COUPON OF THE TICKET REFLECTING A CONFIRMED RESERVATION HAS NOT BEEN VOLUNTARILY CHANGED/ AND PROVIDED THAT VOLUNTARY CHANGES FOR FLIGHT COUPONS OTHER THAN THE ORGINATING FLIGHT DO NOT REFLECT A CHANGE IN CARRIER/ FARE BASIS/ ORIGIN/ DESTINATION OR STOPOVER POINTS FROM THOSE FOUND ON THE TICKET. IF AFTER TICKET HAS BEEN ISSUED AND BEFORE ANY PORTION HAS BEEN USED EITHER A DECREASE IN THE FARES OR CHARGES APPLICABLE TO THE TRANSPORTATION SHOWN ON THE TICKET BECOMES EFFECTIVE/ OR A NEW FARE FOR WHICH THE PASSENGER QUALIFIES IS ADDED BETWEEN THE POINTS SHOWN ON THE TICKET/ THE DIFFERENCE IN FARES WILL BE REFUNDED AS STATED BELOW/ IN THE FORM OF A NONREFUNDABLE TRANSPORTATION VOUCHER/ PROVIDED A. THERE IS NO CHANGE IN TICKETED ORIGIN/ DESTINATION/ STOPOVER POINTS/ FLIGHTS/ DATES B. ALL CONDITIONS OF THE DECREASED FARES OR CHARGES OF THE NEW FARE ARE MET/ INCLUDING BOOKING CODE AND ADVANCE RESERVATIONS AND TICKETING REQUIREMENTS C. ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE ORIGINAL TICKET DATE TO THE DEPARTURE OF THE PRICING UNIT. D. THE PASSENGER WILL RECEIVE THE DIFFERENCE IN FARES LESS THE APPLICABLE SERVICE CHARGE IN THE FORM OF A NONREFUNDABLE AA TRAVEL VOUCHER VALID FOR ONE YEAR FROM THE DATE OF ISSUE. --- I. PRIOR TO DEPARTURE OF THE JOURNEY - CHANGES TO THE ORIGINATING FLIGHT ON THE TICKET - CANCEL AND START OVER. 1. THE ENTIRE TICKET MUST BE REPRICED WITH FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE. 2. USE ANY AA FARE ALLOWED BY COMBINATION AND REISSUE RULES. 3. ALL PROVISIONS OF THE NEW FARE I.E. ADV RSVN/MIN/MAX STAY/INVENTORY ETC MUST BE MET 4. ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO THE DEPARTURE OF THE PRICING UNIT. 5. ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY --- II. PRIOR TO DEPARTURE OF THE JOURNEY - CHANGES TO CONTINUING/RETURN FLIGHTS WHEN THERE IS NO CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. THE FOLLOWING OPTIONS ARE AVAILABLE AND THE LOWEST SOLUTION WILL APPLY. --- A. ATTEMPT TO KEEP THE SAME FARES AS TICKETED. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODE/ SAME FARE LEVEL/ SAME RULES AS TICKETED/ THAT IS/ THOSE IN EFFECT AT THE TIME THE ORIGINAL TICKET WAS SOLD. 1.NO CHANGE IS PERMITTED TO STOPOVER/ THE FIRST FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED FARE BASIS CODE/ SAME RULE MUST BE USED AS THE REPLACEMENT FARE FOR THE REVISED FARE COMPONENT ON THE NEW TICKET. 3.FULLY FLOWN ONE-WAY FARE MUST NOT BE REPRICED AS A HALF ROUND-TRIP FARE. 4.NEW FARE MUST BE EQUAL TO THE PREVIOUS FARE. COMPARE BASE FARE VALUES FOR THE REVISED FARE COMPONENT TO THAT OF THE TICKETED FARE COMPONENT. 5.ALL RULE/BOOKING CODE PROVISIONS MUST BE MET. 6.FLIGHT SPECIFIC FARES MUST REMAIN WITHIN THE TIMES SPECIFIED FOR THAT FARE. 7.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE OF PRICING UNIT. 8.SERVICE CHARGE APPLIES. --- B. CANCEL AND START OVER. REPRICE THE ITINEARY USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE. 1.USE ANY AA FARE ALLOWED BY COMBINATION AND REISSUE RULES. 2.ALL RULE/BOOKING CODE PROVISIONS OF THE NEW FARE MUST BE MET. 3.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM REISSUE DATE TO DEPARTURE OF THE PRICING UNIT. 4.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY --- C. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODES AND RULES AS THOSE IN EFFECT ON THE DATE OF ORIGINAL TICKET ISSUANCE FOR UNCHANGED FARE COMPONENTS AND USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL CHANGED FARE COMPONENTS. 1.NO CHANGE IS PERMITTED TO STOPOVER/ THE FIRST |

FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED SAME FARE MUST BE USED ON THE FIRST FARE COMPONENT. 3.USE ANY AA FARES ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM ORIGINAL TICKET DATE TO DEPARTURE OF PRICING UNIT. 6.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- III. PRIOR TO DEPARTURE OF THE JOURNEY- CHANGES TO THE CONTINUING/RETURN FLIGHTS WHEN THERE IS A CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. --- A. CANCEL AND START OVER. REPRICE THE ITINERARY USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE. 1.USE ANY AA FARE ALLOWED BY COMBINATION AND REISSUE RULES. 2.ALL RULE/BOOKING CODE PROVISIONS OF THE NEW FARE MUST BE MET. 3.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM REISSUE DATE TO DEPARTURE OF THE PRICING UNIT. 4.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- IV. AFTER DEPARTURE OF THE JOURNEY - WHEN THERE IS NO CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. THE FOLLOWING OPTIONS ARE AVAILABLE AND THE LOWEST SOLUTION WILL APPLY. --- A. ATTEMPT TO KEEP THE SAME FARES AS TICKETED. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODE/ SAME FARE LEVEL/ SAME RULES AS TICKETED/ THAT IS/ THOSE IN EFFECT AT THE TIME THE ORIGINAL TICKET WAS SOLD. 1.NO CHANGE IS PERMITTED TO STOPOVER/THE FIRST FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED FARE BASIS CODE/ SAME RULE MUST BE USED AS THE REPLACEMENT FARE FOR THE REVISED FARE COMPONENT ON THE NEW TICKET. 3.FULLY FLOWN ONE-WAY FARE MUST NOT BE PRICED AS A HALF ROUND-TRIP FARE. 4.NEW FARE MUST BE EQUAL TO THE PREVIOUS FARE. COMPARE BASE FARE VALUES FOR THE REVISED FARE COMPONENT TO THAT OF THE TICKETED FARE COMPONENT. 4.ALL RULE/BOOKING CODE PROVISIONS MUST BE MET. 5.FLIGHT SPECIFIC FARES MUST REMAIN WITHIN THE TIMES SPECIFIED FOR THAT FARE. 6.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE OF PRICING UNIT. 7.SERVICE CHARGE APPLIES. --- B. REPRICE THE ITINERARY USING THE SAME FARE BASIS CODES AND RULES AS THOSE IN EFFECT ON THE DATE OF ORIGINAL TICKET ISSUANCE FOR UNCHANGED FARE COMPONENTS AND USING FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL CHANGED FARE COMPONENTS. 1.NO CHANGE IS PERMITTED TO STOPOVER/ THE FIRST FARE COMPONENT OR FARE BREAKS. 2.THE TICKETED SAME FARE MUST BE USED ON THE FIRST FARE COMPONENT. 3.USE ANY AA ONE-WAY FARE ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM REISSUE DATE TO DEPARTURE OF THE PRICING UNIT. 6.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY --- C. REPRICE THE ITINERARY USING HISTORICAL ONE WAY FARES FROM THE PREVIOUS TICKET ISSUE DATE FOR FLOWN FARE COMPONENTS/ IN AN EQUAL OR HIGHER BOOKING CLASS. USE FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL UNFLOWN COMPONENTS. 1.FARE BREAKS FOR THE FLOWN FARE COMPONENTS MAY NOT BE CHANGED. 2.USE BOOKING CLASS HIERARCHY WHEN REPLACING FARES FOR FLOWN FARE COMPONENTS. THE HIERARCHY IS ECONOMY CLASS - Y H K M L V G S N Q O B FIRST/BUSINESS CLASS - F A J D I 3.USE ANY AA ONE WAY FARES ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS OF THE NEW FARES MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE DATE OF THE PRICING UNIT. 6.COMPARE THE TOTAL FROM THE ORIGINAL TICKET TO THE NEW TOTAL OF THE FLOWN AND UNFLOWN FARE COMPONENTS. 7.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- V. AFTER DEPARTURE OF THE JOURNEY - CHANGES TO CONTINUING/RETURN FLIGHTS WHEN THERE IS A CHANGE TO ORIGIN/DESTINATION OR STOPOVERS. --- A. REPRICE THE ITINERARY USING HISTORICAL ONE WAY FARES FROM THE PREVIOUS TICKET ISSUE DATE FOR FLOWN FARE COMPONENTS/ IN AN EQUAL OR HIGHER BOOKING CLASS. USE FARES IN EFFECT ON THE DATE OF NEW TICKET ISSUANCE FOR ALL UNFLOWN COMPONENTS. 1.FARE BREAKS FOR THE FLOWN FARE COMPONENTS MAY NOT BE CHANGED. 2.USE BOOKING CLASS HIERARCHY WHEN REPLACING FARES FOR FLOWN FARE COMPONENTS. THE HIERARCHY IS ECONOMY CLASS - Y H K M L V G S N Q O B FIRST/BUSINESS CLASS - F A J D I C 3.USE ANY AA ONE WAY FARE ALLOWED BY COMBINATION AND REISSUE RULES. 4.ALL RULE AND BOOKING CODE PROVISIONS OF THE NEW FARES MUST BE MET. 5.ADVANCE RESERVATION REQUIREMENTS ARE MEASURED FROM THE REISSUE DATE TO DEPARTURE DATE OF THE PRICING UNIT. 6.COMPARE THE TOTAL FROM THE ORIGNAL TICKET TO THE NEW TOTAL OF THE FLOWN AND UNFLOWN FARE COMPONENTS. 7.ANY DIFFERENCE IN FARES PLUS THE SERVICE CHARGE MUST BE COLLECTED. IF THE REPRICE RESULTS IN A LOWER FARE/ THE DIFFERENCE IN FARES LESS THE SERVICE CHARGE MAY BE RETURNED IN THE FORM OF A NONREFUNDABLE TRAVEL VOUCHER VALID FOR TRAVEL VIA AA ONLY. --- VI. AFTER EACH TICKETED DEPARTURE TIME 1. NO CHANGES PERMITTED IF PASSENGER HAS NOT CANCELLED THE TICKETED FLIGHT RESERVATION. 2. TICKET HAS NO VALUE IF PASSENGER HAS NOT CANCELLED THE TICKETED FLIGHT RESERVATION. --- VII. IN THE CASE OF THE DEATH OF THE PASSENGER/ TRAVELING COMPANION/ THE SERVICE CHARGE MAY BE WAIVED OR THE TICKET REFUNDED. VISIT AA.COM FOR DETAILS.

| | |
|---|---|
| Child Discount | INFANT UNDER 2 WITHOUT A SEAT - NO CHARGE MUST BE ACCOMPANIED ON ALL FLIGHTS IN SAME COMPARTMENT BY ADULT 16 OR OLDER OR - INFANT UNDER 2 WITH A SEAT - CHARGE 100 PERCENT OF THE FARE. MUST BE ACCOMPANIED ON ALL FLIGHTS IN SAME COMPARTMENT BY ADULT 16 OR OLDER. |
| Rule Application and Other Conditions | NORMAL/EXCURSION FARES APPLICATION CLASS OF SERVICE THESE FARES APPLY FOR FIRST/BUSINESS/PREMIUM ECONOMY/ ECONOMY CLASS SERVICE. CAPACITY LIMITATIONS SEATS ARE LIMITED |

Print

# Exhibit

# 15

**American Airlines**          Plan Travel   ▾      🇺🇸 ▾     Search aa.com 🔍

Travel Information  AAdvantage

⌂   Home   >   Legal, privacy & copyright   >   Privacy policy

# Privacy policy

Updated October 21, 2016

⌄  Protecting your privacy

⌄  Information we collect and how we collect it

⌄  Minors

⌄  Automatically collected information (including cookies and geolocation)

⌄  Information collected by third parties on our Services

⌄  How your information will be used

⌄  Security

⌄  With whom your information will be shared

⌄  Obtaining and handling your consent

⌄  Application of local laws

⌄  Links to other sites

⌄  Opt out of marketing communications and sharing your information with third parties for direct marketing purposes

8/11/2017                                      Privacy policy – Support – American Airlines

# Contact us

If you have other questions, comments or concerns about our privacy practices, or if you wish to issue a request to exercise your rights where applicable by law, please contact our Privacy Office at privacy@aa.com. Please provide your name and contact information along with the request. Alternatively, inquiries may be mailed to the following address:

American Airlines
c/o Privacy Office
4333 Amon Carter Blvd, MD 5675
Fort Worth, TX 76155 USA

Email privacy@aa.com »

⊕ Back to top

## Help

Contact American

Receipts and refunds

FAQs

Agency reference

Cargo ⊠

Baggage and optional service fees

Customer service and contingency plans

Conditions of carriage and tariffs

## About American

About us

Careers ⊠

Investor relations ⊠

Newsroom ⊠

Legal, privacy, copyright

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards ⊠

American Airlines credit card

Trip insurance

CoBrowse



Limited-time offer: Earn 75,000 bonus miles after qualifying purchases

**BuyMiles**
Get up to 85,000 bonus miles through August 31

**AVIS Budget**
Up to 35% savings
plus AAdvantage® miles

⊠ Link opens in new window. Site may not meet accessibility guidelines.